

**SUBJECT: Religious Exemption Request Rejected – Action Required**

Hello,

The CU Anschutz Exemption Verification Team has reviewed your request for religious exemption from the University of Colorado Anschutz Medical Campus policy regarding COVID-19 vaccination.

Your exemption request has been denied because it does not comply with the campus policy, which only recognizes religious exemptions based on a religious belief whose teachings are opposed to all immunizations. For more information, see the campus policy at https://www.ucdenver.edu/docs/librariesprovider284/default-document-library/3000-general-admission/3012---covid-19-vaccination-requirement-and-compliance.pdf?sfvrsn=4e9df3ba_2

Therefore, you will need to provide proof of vaccination by September 1, 2021. Please submit your vaccine verification form HERE.

Failure to submit proof of COVID-19 vaccine verification by September 1, 2021 will result in additional actions being taken due to your failure to comply with the campus vaccination policy, including but not limited to termination.

Find out where you can get vaccinated | Colorado COVID-19 Updates

During the interim period, as an unvaccinated individual, you need to follow all CU Anschutz Medical Campus safety protocols if you must come to campus:

- Completing the health questionnaire every day you are on campus.
- Wearing a mask at all times, except when outdoors and 10+ feet from others
- Maintaining physical distance of 6 feet or more between yourself and others at all times, both indoors and outdoors.

If at any time you experience coronavirus symptoms, are exposed to someone with COVID-19 or test positive for COVID-19, you are required to self-report here.

Thank you,

**Vaccine Exemption Verification Team**

CU Anschutz Medical Campus

