## RE: Immunization Question

**Dwinnell, Brian** <BRIAN.DWINNELL@CUANSCHUTZ.EDU>
Wed 5/19/2021 5:02 PM
To: ▇▇▇ CUANSCHUTZ.EDU>
Cc: Kireva, Regina <REGINA.KIREVA@CUANSCHUTZ.EDU>; Soohoo, Jeffrey <JEFFREY.SOOHOO@CUANSCHUTZ.EDU>

Hi ▇▇▇

Welcome to CUSOM!

We apologize for the delay but as you can imagine the COVID policies have been evolving. There will be an official campus policy for all of the professional schools. There will be exemptions for medical and/or religious reasons. There will be form for either exemption. A medical exemption will require a provider's signature. A religious exemption will just require the individual's signature attesting to it being consistent with their religious beliefs. Personal choice will not be considered an exemption.

Regardless of the reason for exemption, any student, faculty member, or staff who is not vaccinated will need to wear a mask at all times while on campus or in clinical settings (this is the same for the influenza vaccine as well). In addition there will likely be required periodic testing.

Let us know if you have any questions. We hope to have the forms available soon.

We look forward to meeting you in person!
Brian D

Brian G. Dwinnell, MD, FACP
Associate Dean, Student Life
Professor of Clinical Practice
University of Colorado School of Medicine

---

**From:** ▇▇▇ CUANSCHUTZ.EDU>
**Sent:** Wednesday, May 5, 2021 11:30 AM
**To:** Kireva, Regina <REGINA.KIREVA@CUANSCHUTZ.EDU>
**Subject:** Immunization Question

Dear Regina,

Greetings from ▇▇▇  I am an incoming MS1 student.

I received an email from Lamar this morning regarding the immunization information prior to orientation and have a question about the requirement. I would like to request an exemption but not sure how to do so. Can you provide me some directions please?

Thank you for your help.

Best Wishes,
▇▇▇