

## Re: vaccine exemption questions

█████████████ CUANSCHUTZ.EDU>
Tue 8/10/2021 3:43 PM

To: Neale, Lisa M. <LISA.NEALE@CUANSCHUTZ.EDU>

Hi Lisa,

I have just talked with the Dean of the School of Medicine. May I know if you have time soon to discuss about the next steps please?

The Dean basically stated that the hospitals require vaccination to enter or work with no exemptions. Yet, I found on the following on the government website and not sure how it will work. I really need some help on this..

Here is what I find:

[565] For Colorado requirements, see 6 CCR 1011-1, Chapter 2, Part 10, pertaining to influenza immunization of healthcare workers. 6 CCR 1011-1 Chapter 2, §10.8 provides that each licensed hospital, hospital unit, ambulatory surgical center and long-term care facility shall have a written policy regarding the annual influenza immunization of its healthcare workers that, at a minimum, ensures that each of its healthcare workers has either proof of immunization or a medical exemption signed by a physician, physician's assistant, advanced practice nurse or nurse midwife licensed in the State of Colorado stating that influenza vaccination for that individual is medically contraindicated as described in the product labeling approved by the United States Food and Drug Administration. 6 CCR 1011-1 Chapter 2, §10.8 additionally provides that such written policy must ensure that each healthcare worker who does not have proof of immunization wears a surgical or procedure mask during influenza season when in direct contact with patients and in common areas as specified by the licensee's policy. 6 CCR 1011-1 Chapter 2, §10.6 provides for exemptions to the requirements of Sections 10.7 through 10.12 if a licensed healthcare entity demonstrates that it has vaccinated a targeted percentage of its employees in a given year, using its own methodology, and continues to use the same or more stringent methodology. The minimum targets required for the exemption are 60 percent of employees vaccinated by December 31, 2012; 75 percent of employees vaccinated by December 31, 2013, and 90 percent of employees vaccinated by December 31, 2014 and December 31 of each year thereafter. 6 CCR 1011-1 Chapter 2, §10.5 defines a hospital as a facility licensed and regulated pursuant to 6 CCR 1011-1, Chapter IV, General Hospitals and defines a healthcare worker as any person working in a healthcare entity who has the potential for exposure to patients, residents, or consumers of the healthcare entity and/or to infectious materials, including body substances, contaminated medical supplies and equipment, contaminated environmental surfaces, or contaminated air. The definition of healthcare worker does not include volunteers.

[567] For Colorado, for exemptions to the immunization requirements of 6 CCR 1011-1, Chapter 2, Part 10, see 6 CCR 1011-1, Chapter 2 §10.8(A)(2). 6 CCR 1011-1, Chapter 2 §10.8(A)(2) provides that in lieu of proof of immunization, a healthcare worker may have a medical exemption signed by a physician, physician's assistant, advanced practice nurse or nurse midwife licensed in the State of Colorado stating that influenza vaccination for that individual is medically contraindicated as described in the product labeling approved by the United States Food and Drug Administration. Note also that 6 CCR 1011-1 Chapter 2, §10.6 provides for exemptions to the requirements of Sections 10.7 through 10.12 if a licensed healthcare entity demonstrates that it has vaccinated a targeted percentage of its employees in a given year, using its own methodology, and continues to use the same or more stringent methodology. The minimum targets required for the exemption are 60 percent of employees vaccinated by December 31, 2012; 75 percent of employees vaccinated by December 31, 2013, and 90 percent of employees vaccinated by December 31, 2014 and December 31 of each year thereafter. 6 CCR 1011-1 Chapter 2, §10.5 defines a hospital as a facility licensed and regulated pursuant to 6 CCR 1011-1, Chapter IV, General Hospitals and defines a healthcare worker as any person working in a healthcare entity who has the potential for exposure to patients, residents, or consumers of the healthcare entity and/or to infectious materials, including body substances, contaminated medical supplies and equipment, contaminated environmental surfaces, or contaminated air. The definition of healthcare worker does not include volunteers.

Thank you very much for your help.

Best Wishes,



---

**From:** Neale, Lisa M. <LISA.NEALE@CUANSCHUTZ.EDU>
**Sent:** Monday, August 9, 2021 6:57 AM
**To:** CUANSCHUTZ.EDU>
**Subject:** FW: vaccine exemption questions

Hi 
Hope you had a nice weekend!  You can see my questions and Legal's answers below in blue.  Please let me know if you would like to meet again.
Thanks,
lisa

Lisa Neale, BA MSS
Pronouns:  she, her, hers
Associate Director, Ombuds Office
Ombuds | Certified Organizational Ombudsman Practitioner
University of Colorado Denver | Anschutz
Fitzsimons Building, Room 7005C
(303)724.2950

Due to the informal (i.e., **off the record**), impartial, independent, and confidential nature of the Office of the Ombuds, communication with this office does not constitute notice to the University of Colorado Denver|Anschutz.  Please remember that email is not appropriate for confidential discussions. For more information about the Ombuds Office, please visit us on the web at http://www.ucdenver.edu/ombuds.

### Confidential  Informal  Impartial  Independent  Voluntary

*Please note the Ombuds Office is temporarily working virtually. We continue to have meetings with visitors via phone and Zoom.  You can also find tips, suggestions and resources at the Ombuzz Blog at https://ombuzz.blog/ .





**From:** Zweck-Bronner, Steve <STEVE.ZWECK-BRONNER@UCDENVER.EDU>
**Sent:** Sunday, August 8, 2021 1:38 PM
**To:** Neale, Lisa M. <LISA.NEALE@CUANSCHUTZ.EDU>
**Cc:** Willits, Jenny W <JENNY.WILLITS@UCDENVER.EDU>
**Subject:** RE: vaccine exemption questions

---

**From:** Neale, Lisa M. <LISA.NEALE@CUANSCHUTZ.EDU>
**Sent:** Friday, August 6, 2021 2:36 PM
**To:** Zweck-Bronner, Steve <STEVE.ZWECK-BRONNER@UCDENVER.EDU>
**Subject:** vaccine exemption questions

Hi Steve,
We are getting inquiries in our office about exemptions. I'm wondering if you could speak to any of these?

1. Will the university accept religious exemptions at face value or will there be some sort of validation process? I'm thinking about Jehovah's Witnesses as an example, who, I believe, seek exemptions for all vaccinations. Conversely, if a person is fully vaccinated against measles, mumps, etc. but want to say this vaccine violates their religious freedoms/rights, will that be acceptable? Pursuant to our policy the religious exemption applies to people whose religion precludes all vaccinations. I am unware of a religion that only prohibits COVID 19 vaccinations ( you should refer people to the campus COVID website. The EEOC allows employers to inquire a bit into the religious exemption.
2. Can programs on the Anschutz campus insist that their students are vaccinated, even if they provide an exemption? Not if they have an approved religious or medical exemption however it may impact they students progression depending on the polices of the clinical sites.
3. Can programs dismiss students if they fail to be vaccinated, even with an exemption? No, but see above

Thanks in advance – I appreciate how complex this all is!

Have a nice weekend,

Lisa

Lisa Neale, BA MSS
Pronouns: she, her, hers
Associate Director, Ombuds Office
Ombuds | Certified Organizational Ombudsman Practitioner
University of Colorado Denver | Anschutz
Fitzsimons Building, Room 7005C
(303)724.2950

Due to the informal (i.e., **off the record**), impartial, independent, and confidential nature of the Office of the Ombuds, communication with this office does not constitute notice to the University of Colorado Denver|Anschutz. Please remember that email is not appropriate for confidential discussions. For more information about the Ombuds Office, please visit us on the web at http://www.ucdenver.edu/ombuds.

## Confidential  Informal  Impartial  Independent  Voluntary

*Please note the Ombuds Office is temporarily working virtually. We continue to have meetings with visitors via phone and Zoom. You can also find tips, suggestions and resources at the Ombuzz Blog at https://ombuzz.blog/ .



