## Re: thanks for meeting

▓▓▓▓▓▓▓▓▓▓CUANSCHUTZ.EDU>
Wed 8/11/2021 7:04 PM
To: Zimmer, Shanta <SHANTA.ZIMMER@CUANSCHUTZ.EDU>

Dear Dr. Zimmer,

Thank you for getting back to me. It was also nice to talk with you yesterday, and I do appreciate your help reaching out to the hospital epidemiologists on the hospitals' policy on exemptions. I was frustrated yesterday after our conversation due to the unclear potential impact of me not vaccinated, but I am feeling relieved that hospitals do take exemptions. I cherish the opportunity that the school provides me to study medicine and am grateful that the Deans are providing me alternatives/accommodations while I am self-quarantined, and I will learn it well to serve patients in the future. I do hope the school can value and respect my religious belief and medical concerns, and I will be very happy to work with the school on any situations that may come up. I will also pay attention to the vaccine updates and keep myself informed about the pandemic progress. Hope everything will be settled next year or so, so we all don't have to worry too much about it.

Also thanks for sharing the article with me. I will read it after the Friday exam. And I am looking forward to work with you in the near future.

Have a good evening.

Best Wishes,


---

**From:** Zimmer, Shanta <SHANTA.ZIMMER@CUANSCHUTZ.EDU>
**Sent:** Wednesday, August 11, 2021 11:34 AM
**To:** ▓▓▓▓▓▓▓▓▓▓CUANSCHUTZ.EDU>
**Subject:** thanks for meeting

Dear ▓▓▓▓
Thank you again for meeting with me yesterday. I enjoyed getting to meet you and hope to have a chance to see you and your wife in person when she visits some time.
After our meeting, I reached out to the hospital epidemiologists to hear what their approach will be to our students and residents who are not vaccinated.
The response was that for exemptions, masking will be required and twice a week COVID PCR testing.
Below is an article that I received this morning about safety of the vaccine in people who had prior reactions. As I was pondering your history of the response you had to the influenza vaccine and also the TdaP, I thought about the possibility that you also experienced another concomitant viral infection, possibly even influenza itself which can causes some of the symptoms you described, even more commonly than the influenza vaccine.  Just some food for thought about alternative hypotheses. I also wanted to emphasize that the covid vaccine is very different from a design than either the influenza or TdaP vaccines.
Best,
Shanta

---

**From:** Zimmer, Shanta <SHANTA.ZIMMER@CUANSCHUTZ.EDU>
**Sent:** Wednesday, August 11, 2021 8:14 AM
**To:** Zimmer, Shanta <SHANTA.ZIMMER@CUANSCHUTZ.EDU>
**Subject:**

https://www.cdc.gov/mmwr/volumes/70/wr/mm7032e4.htm?s_cid=mm7032e4_w

Shanta M. Zimmer