## Vaccine Verification Process Completed

vaccine@cuanschutz.edu <vaccine@cuanschutz.edu>

Fri 8/13/2021 10:00 AM

To: ▮▮▮▮ CUANSCHUTZ.EDU>

📎 1 attachments (299 KB)
Vaccine Verification Form - 8-13-2021.tif;

[External Email - Use Caution]

Hello ▮▮▮▮

Thank you for completing the University of Colorado Anschutz Medical Campus vaccine verification process. You have attested that you are vaccine exempted. Please keep this email for your records.

If you **are fully vaccinated**, there is no further action needed.

If you **are not fully vaccinated**, and have submitted an exemption, CU Anschutz requires that you follow all established safety protocols while on campus (complete the daily health questionnaire; wear a mask; observe physical distancing; self-report if symptomatic, test positive or exposed). A requirement for regular COVID-19 testing may follow.

Learn about current campus protocols: CU Anschutz Return to Campus Information

Find campus FAQ's: CU Anschutz COVID-19 FAQs

Thank you for helping keep #CUAnschutzTogether.