# COVID Exemption

**Dwinnell, Brian** <BRIAN.DWINNELL@CUANSCHUTZ.EDU>
Wed 8/18/2021 4:10 PM
Cc: Druck, Jeffrey <JEFFREY.DRUCK@CUANSCHUTZ.EDU>; Seymour, Deb <DEB.SEYMOUR@CUANSCHUTZ.EDU>; Shacklock, Haylee <HAYLEE.SHACKLOCK@CUANSCHUTZ.EDU>; Kireva, Regina <REGINA.KIREVA@CUANSCHUTZ.EDU>

1 attachments (53 KB)
CU Anschutz Religious Exemption Form 8-21.docx;

If you are receiving this, your previous submission for exemption will not meet campus approval based on the new requirements. As stated previously, with the emergence of the Delta variant, the guidelines would likely change. The attached exemption form was provided today by our campus legal team and must be completed and uploaded in both MyRecordTracker as well as this central campus verification portal: https://www.cuanschutz.edu/coronavirus/vaccine-information/verification

Please complete this as soon as possible as an exemption must be in place by 9/1/21. If you choose to be vaccinated, we are willing to provide you an extension if you receive the first vaccination prior to 9/1/21.

Thank you!
Brian D

Brian G. Dwinnell, MD, FACP
Associate Dean, Student Life
Professor of Clinical Practice
University of Colorado School of Medicine
303-724-6402