

# University of Colorado Denver | Anschutz Medical Campus

## Religious Exemption From COVID-19 Vaccination Requirement

All University of Colorado Anschutz Medical Campus students are required to be immunized against COVID-19 prior to their participation in courses in the Fall of 2021, which may be as early as June 1, 2021. However, the University recognizes religious exemptions based upon a religious belief whose teachings are opposed to immunizations. Under that circumstance, the University requires that students submit this religious exemption form.

1. Please explain why your sincerely held religious belief, practice, or observance prevents you from getting a COVID-19 vaccination? Please include a detailed response.

Please refer to the attached letter of religious exemption request

2. Have you had an influenza or other vaccine in the past? How does this differ?

I had vaccines when I was very young and had influenza vaccine in 2016, when I am not given a choice or aware of religious exemptions and public laws. If given a choice, I would not have taken it based on my religious beliefs. For more details, please refer to the letter of religious exemption attached for more details.

By signing below, I acknowledge that although a religious exemption from the required COVID-19 vaccination is recognized by CU Anschutz as the student's right, the clinical, lab, practica, and internship sites that partner with CU Anschutz, may reserve and exercise their right to decline or rescind a student's clinical placement if that partner does not recognize this religious exemption or does not allow unvaccinated individuals on their premises.

Student Name: ███████████

Statement of Exemption
I am hereby claiming a religious exemption from vaccination against COVID-19 as indicated above.
I attest that the information I have provided on this form is complete and accurate.
I understand that claiming this religious exemption may affect my progression at CU Anschutz as described above.
I also understand that because I am not being vaccinated against COVID-19 I will be required to follow CU Anschutz policies and procedures that apply to students who are not vaccinated against COVID-19 during the entire time I am enrolled ███████████

**REQUIRED** Student Signature: ███████████
Date: 08/23/2021