Request for a Religious Exemption

████████

Aug 22nd, 2021

School of Medicine

University of Colorado Denver

1635 Aurora Ct, Aurora, CO 80045

To whom this letter may concern,

    My name is ████████ and I am a first-year medical student at the School of Medicine, University of Colorado Denver Anschutz Medical Campus. As an international student from Canada, I was welcomed by the school and was very excited to meet student peers during the orientation, while I have enjoyed studying medicine for the past three weeks since the semester had begun. As a contributing member of the student community, I plan to run for various representative positions at the Medical Student Council and various interest groups, while I also intend to take the Global Health Track to incorporate my interest in global health with the practice of medicine. I am grateful for this precious education opportunity that I have received from the School of Medicine as well as the academic and social support from the Deans at the Office of Student Life. It is my plan to study medicine well and work diligently to complete my M.D. degree at the School of Medicine, so that I can employ my medical knowledge to provide patients the best treatments.

    The purpose of this letter is to respectfully request a religious exemption for vaccination at the University of Colorado Denver Anschutz Medical Campus. My request is based solely on religious grounds, pursuant to my right within the Colorado Law Revised Statues § 25-4-902, 903, Senate Bill 20-163, and House Bill 14-1288, as well as my right to religious freedom within the First Amendment of the United States Constitution. Medical immunizations have issues that are contrary to my Buddhism beliefs as I practice them on a daily basis. Enclosed in this letter, is a detailed elaboration of my practice of Buddhism as well as my understanding of the Buddhism truths that prohibit vaccination, which are supported by scriptures that concur with my religious convictions. It is my intention to share with and help the readers to understand my unique perspectives on the ideology and presence of Buddhism in my life.

    Before elaborating more details on my religious ideologies, I would like to humbly request that this letter be treated with confidentiality and would greatly appreciate a high level of discretion and privacy in handling my request for the religious exemption. My relationship with the Buddha, understanding of the Buddhism philosophy and its practices are topics more of self and inner contemplation of my mind and body, which are not discussed or shared in daily conversations with others. As a result, I would expect one or at most a limited number of people will review my request and be made aware of my request for a religious exemption.

Having grown up in a family that believes in Buddhism, I began my own discovery of the Buddhism truths at the age of 21 when I began learning meditation, reading scriptures, adhering to the Buddha's teaching principles, and practicing them in my daily life. My faith had led me to realize that vaccination is antithetical to the Buddha's scriptures and Buddhism teaching. It was my regret that I didn't realize this conflict earlier in my life. My previous vaccinations, in contrast, was performed at my birth or in my early childhood as I was a minor, when it was not my personal choice to be vaccinated but the choice of the health care systems and the government in China that didn't provide alternatives or exemptions. The only time that I took a vaccine ever since I was 21 was the influenza and Tdap vaccine at the University of Michigan in 2016, which was required for volunteering at the hospital. Yet, as an international student who were not familiar with the laws in the U.S., I was neither aware of nor informed about the opportunity to request a religious exemption before getting the vaccine. I was forced to choose between my religion and my education. I struggled and waited until the very last day to receive the vaccine. Later in my educational training in public health and epidemiology, I began aware of the health care laws, especially the option of filing vaccination exemptions under the U.S. Constitution and local state laws. Since then, I have vowed to the Buddha that I will never go against my faith again and will adopt my religious beliefs as the basis for my medical care and healthcare related decisions.

**My personal story in Buddhism**

I grew up in a family that cherished Buddhism. Although not educated with knowledge in Buddhism, my parents frequently brought me to the local Buddhism monasteries for praying to the Buddha and Boddhisatva when I was young. After beginning studying abroad out of my home in China, I had visited many Buddhism monasteries and took praying to the Buddha as a monthly activity out of my school. At the age of 21, I had a gap year before attending college and decided to explore more in Buddhism. I went to a well-known monastery in the mountain in northeastern China and spent days there attending ceremonies and learning Buddhism scriptures. There, I took my three refuges and five precepts, and vowed to the Buddha that I would abstain from killing, stealing, sexual misconduct, lying, and intoxication. Upon entering college, I have decided to become a vegan, as the Buddha said not to eat animals because our lives are created all equal in this universe and it is not right for one to kill and eat another. Meanwhile, I began sitting meditation on a weekly basis to cultivate my mind, especially exploring the connection between the mind and the body as well as that and the universe. Through meditation, I came to the realization that the body and mind are in unity, where one's wellbeing will affect the other's. During the winter or summer breaks, I usually spent weeks traveling to a monastery in California to attend Buddhism retreats and listen to the dharma masters' teaching on Buddha's scriptures. Throughout these years, I gradually developed a strong understanding of the Buddhism philosophy and learned to incorporate it in my daily life.

My Buddhism philosophy in one of the five precepts, not killing, has made the strongest impact on my academics and daily life. As a participant of the summer undergraduate research internship program at University of Texas-Southwestern Medical School after my sophomore year, I was initially assigned to a lab that focus on DNA analysis on drosophila and mice. After being introduced to the lab during my first day, I realized that the lab's research relied heavily on killing drosophila and mice, sacrificing their bodies to obtain DNA samples for analysis. I felt uncomfortable about killing living

beings and sacrificing their life for publishable research outcomes, and shared my concerns with the program director, who helped me identify another lab that didn't involve the use of animals. On another occasion in my senior year, I was studying a biology course on neurodegenerative diseases, in which students were taught to grow drosophila and sacrifice them in weeks to compare their DNA samples. Realizing that the practice ran against my Buddhism belief, I shared my thoughts with the professor and was glad that he made an accommodation for me during the course and asked me to volunteer in the Virginia Home, a location for patients of intellectual disabilities, instead. There are many instances like these in the past ten years, and I was grateful that I could adhere and practice my faith of not killing in my daily life.

I came to realize the connection of body and mind through the sharing of a teacher in spirituality and Buddhism. More than thirty years ago, she was diagnosed with blood cancer and her doctor informed her that she would not live very long even with the medical treatment such as chemotherapy. Instead of feeling distressed or discouraged, she turned to her inner-self and practice the Buddhism philosophy by connecting with her mind. By sending love vibrations to the environment and aligning herself to the soul, natural loving intelligence, wisdom, knowing, and intuition, she healed her mind on her own and the body rehabilitated. To her doctor in the hospital, it was a miracle and the physiological change in her body cannot be explained by medical science. Yet, to her, it was not a miracle, as she shared with me that it was a normal practice of self-healing without interference from outside treatment, such as chemotherapy, that everyone is capable of performing. With her sharing, I gradually began exploring the underlining meaning behind the Buddha's scriptures; through the practice of connecting the mind and the body, I can perceive how they affect each other and maintain the alignment of my mind with the love vibration which subsequently keep my body healthy.

Meditation is another pathway for me to explore and realize my connection with the Buddha. Through sitting meditations, I occasionally could perceive the past life of mine and vision the future. It has led me to realize that the body is like a carrier of the soul while the soul has all knowing and healing potential, just like the teacher has shared with me. I began contemplating the deep meaning of the Buddha's scripture and reflecting on my daily life experiences through meditation, and it frequently occurred to me that I could understand the Buddha's teaching more profoundly afterwards. Meditation has therefore become an inseparable part of my life for many years.

**The Buddha's Scripture and Vaccination**

Throughout the past 10 years, I have explored the meaning of the Buddha's scripture and followed its guidance in my life. Medical vaccination was not endorsed in the Buddhism's teaching, and I have quoted the following lines from scriptures and teachings from dharma masters to elaborate my reasoning.

The Dharma Master Xuan Hua who set up the City of Ten Thousand Buddhas in California had said, "*our thoughts directly lead to our life experiences. Good thoughts will draw pleasant outcomes, while bad thoughts will result in serious consequences. If accumulated for a long time, the bad thoughts and their associated consequences may lead to karma, manifested by diseases and sufferings on human beings.*" The Buddha also stated "*All states of being are determined by mind. It is mind that leads the way. Just as the wheel of the oxcart follows the hoof print of the animal that draws it, so suffering will*

*surely follow when we speak or act impulsively from an impure state of mind.*" My understanding of this teaching is that one can maintain his or her good health through the purity of thoughts and actions, not sustained through vaccinations. If a person's thought and action is not proper, a vaccination will not heal that person's diseases. In another word, suffering and disease will certainly follow if one's actions and words are not generated from a pure heart and mind. As a result, the solution to resolve a disease and return to the healthy balance between mind and body is to reflect on one's own thoughts and actions and to realign them with the purity and properness, rather than through vaccinations; the body will heal itself, just like my teacher's personal story shared before. Moreover, as the vaccines are not created by the nature, it creates disturbance to the balance and interactions among the mind, body, and nature, a lesson that I have personally experienced after the last vaccination in 2016. (when I was not aware of the option of religious exemption) My mind and body were blocked off from the natural, true intelligence, health, happiness, creativity, and evolvement that I usually kept connected with the Buddha, leading me unable to experience the true self and pursue enlightenment. As a result, I chose to abstain from vaccinations in order to maintain my true self.

Diseases and sufferings may seem intimidating but the Buddha has taught me that "*correct suffering*" teaches one what to do right next time. The Buddha said, "*As medicine puts an end to sickness, so Nirvana to all sufferings.*" Medicine may be used to end a sickness temporarily, but if the suffering has not led one's realization of correcting his or her mind, it will come back again and sometimes will be even worse than its previous appearance. Vaccines circumvents potential diseases and subsequently the sufferings that one may need to experience, but this is not helpful for one to learn and achieve enlightenment through suffering. Sometimes, such sufferings may lead to death, but in Buddhism, death does not mean the end to learn and experience the world. The soul will enter the wheel of the six realms and come back to life until Nirvana is achieved. As a result, death itself is a lesson for one's soul to learn as well. If one can realize the origin of the suffering and correct the thoughts or actions, one will complete a lesson and avoid repeating the same suffering in the next life. My understanding of the Buddhism in this aspect has informed me that vaccination should not be taken as it may eliminate the "*correct sufferings*" from my life.

Sometimes people may need medications, and the Buddha's teaching has taught me well on this aspect. The Buddha said, "*Do not dwell in the past, do not dream of the future; concentrate the mind on the present moment,*" and "*All that we are is a result of what we have thought, it is founded on our thoughts, it is made up of our thoughts. If a man speaks or acts with pure thought, happiness follows him, like a shadow that never leaves him.*" Vaccination is developed as a preventative method for a potential disease in the future and will lead one's mind to concentrate on the future instead of the present moment, an opposition from the Buddha's teaching. Moreover, the Majjhima Nikaya taught me, "*reflecting wisely, one uses the medicinal requisites only from protection from arisen afflictions.*" *(Chapter 2. Sabbasava Sutta, Pg. 49, verse 16)* Medications shall be used only for present, arisen afflictions, not upcoming, potential ones. As vaccinations focus on the future, I would stay following the Buddha's teaching and focus on the present, and therefore choose not to be vaccinated.

Even when medications are required, the Buddhism philosophy has provided me a solid foundation in selecting medicine or treatment plans for myself. In Buddhism, I was taught that all living beings in this world are created equally; one should not initiate harm on another, as it will initiate hatred

and hinder one's ultimate achievement of enlightenment and nirvana. Not-killing, one of the precepts, elaborated this better in daily life, as I learn to cherish the lives of all and even the small beings, such as a drosophila or a fly, and became a vegan for over ten years so far. In the past ten years, I decided not to use products that involve with animal ingredients or animal testing, so as to adhere to the Buddha's teaching on Not-killing and Not-harming. As the ingredients of vaccines contain either animal-derived chemicals or go through animal testing before going public, or both, it creates harm and discomfort to the animals. Therefore, I identify it as not suitable for my health use, and choose not to take it based on my practice of not-killing and not-harming in Buddhism.

As a faithful Buddhism believer, I am exercising my understanding of and following the Buddha's teaching on the matter of vaccinations. It would be considered as immoral and a betrayal to myself and my faith, if I choose to do otherwise. As a result, it is my hope that my sincere decision of not to be vaccinated, based on my genuine religious beliefs and practices, will be honored and respected by the school. Moreover, I wish the exemption will be granted, as I like studying at the school of medicine and hope to complete my medical education here.

(This being a very private and personal matter, I ask that it remains confidential and only for the eyes of relevant persons within the university. Thank you for taking the time to read my letter and for your consideration in this matter.)

Sincerely,

███

MD Class of 2025

School of Medicine

University of Colorado Denver Anschutz Medical Campus