## Vaccination Exemption

**Dwinnell, Brian <BRIAN.DWINNELL@CUANSCHUTZ.EDU>**
Tue 8/24/2021 11:59 AM
To: ▮▮▮▮UANSCHUTZ.EDU>
Cc: Zimmer, Shanta <SHANTA.ZIMMER@CUANSCHUTZ.EDU>; Spiering, Kimberly <KIMBERLY.SPIERING@UCDENVER.EDU>

Dear ▮▮▮,

Thank you for submitting your request for religious exemption. The request has been reviewed and we need you to provide more information. This applies to all outstanding vaccinations.

Please provide documentation that demonstrates that your religion is opposed to all immunizations. Citations from specific documents are not sufficient. The University will only accept requests for religious exemption that cite to the official doctrine of an organized religion, in this case, Buddhism, as announced by the leaders of that religion. Please provide this documentation by the end of the day on August 26, 2021.

Please note that, in the course of reviewing your request, the University learned that the Dharma Realm Buddhist University set up by Dharma Master Xuan Hua who you list in your letter is in fact requiring vaccinations for all of its students, faculty and staff. https://www.buddhistdoor.net/news/dharma-realm-buddhist-university-in-california-resumes-in-person-classes-with-largest-student-cohort

If you are not able to submit documentation to support your request for a religious exemption by the end of the day on August 26, 2021, the University will require that you comply with vaccination as the other Buddhist followers at DRBU are required to do. Without an approved religious exemption, you must demonstrate to us that you have initiated the vaccine process by September 1st or you will be referred to the School of Medicine's Promotions Committee for dismissal. As an alternative, you may choose to withdraw from the School of Medicine. If you think you would be willing to take the vaccine after more deliberation, you could request a leave of absence.

Sincerely,
Deans Dwinnell and Zimmer


Brian G. Dwinnell, MD, FACP
Associate Dean, Student Life
Professor of Clinical Practice
University of Colorado School of Medicine
303-724-6402