

Undergraduate Medical Education

Building 500, Room E1330
13001 East 17th Place, MS F523
Aurora, CO 80045

August 30, 2021

**VIA ELECTRONIC MAIL**

Re: ▇▇▇▇ – *Request to Reconsider Vaccine Exemption*

Dear ▇▇▇▇

This letter is in response to your letter dated August 26, 2021, in which you ask the University of Colorado Anschutz Medical Campus ("University") to reconsider its decision to deny your religious exemption request related to the University's mandatory COVID-19 vaccination requirement.

The University adopted its COVID-19 Vaccination Policy for the purpose of protecting the health and safety of the campus community including the patients that medical students treat in University, UC Health, and Children's Hospital clinics. The University determined that a mandatory vaccination requirement for its employees and students is the best way to accomplish this goal.

A recent study by the Centers for Disease Control and Prevention found that individuals who have not been vaccinated were nearly five times more likely to be infected with COVID-19 than vaccinated people. In addition, the study found that unvaccinated people are about 29 times more likely to be hospitalized with COVID-19 than those who are fully vaccinated. [1]

The University's mandatory vaccination policy offers exemptions to individual's whose religious beliefs are opposed to all vaccinations. When asked to explain how your religious beliefs prevent you from receiving the COVID-19 vaccine, you responded that you had several objections including (1) your belief that the COVID-19 vaccines involve cell lines from human fetal cell cultures, (2) your belief that the vaccine may be harmful to your body, and (3) your belief that a mandatory vaccine requirement violates your right to free choice.

The rationale provided does not constitute a religious belief, but a personal objection to receiving the vaccine. You express disagreement with the development of the vaccine, disbelieve the scientifically accepted view that it is harmless to most people, and express concern that a mandatory requirement infringes on your freedom. The basis for your objections are all of a personal nature and not part of a comprehensive system of religious beliefs.

Your materials include numerous legal citations that we have discussed with our legal counsel and we respectfully disagree with your interpretations.

Having reconsidered your exemption request, it is denied. You must submit documentation that you have received the first vaccine via the campus portal by September 1, 2021. You will be allowed to continue attending school between the time you receive your first vaccination and the time you are fully vaccinated (two weeks after you receive the second dose of the vaccine). Failure to submit documentation that you have received the first vaccine by September 1, 2021

---

[1] *Morbidity and Mortality Weekly Report*, Centers for Disease Control and Prevention, August 27, 2021.

will result in a referral to the Promotions Committee for further action, up to and including dismissal.

Sincerely,

Shanta M. Zimmer, MD
Professor of Medicine,
Senior Associate Dean for Education,
Associate Dean for Diversity and Inclusion