

**Undergraduate Medical Education**

Building 500, Room E1330
13001 East 17th Place, MS F523
Aurora, CO  80045

September 2, 2021

**VIA ELECTRONIC MAIL**

@cuanschutz.edu

*Re: Request to Consider Vaccine Exemption based on Religious Grounds*

Dear Mr:

On December 21, 2020, the Vatican's doctrinal office, the Congregation for the Doctrine of the Faith (CDF), issued a statement noting it is "morally acceptable" for Catholics to take vaccines against COVID-19.  Among other things, the CDF stated:

"All vaccinations recognized as clinically safe and effective can be used in good conscience with the certain knowledge that the use of such vaccines does not constitute formal cooperation with the abortion from which the cells used in production of the vaccines derive" … "the morality of vaccination depends not only on the duty to protect one's own health, but also on the duty to pursue the common good."

"In the absence of other means to stop or even prevent the epidemic, the common good may recommend vaccination, especially to protect the weakest and most exposed."

In a [statement released on December 14,](#) 2020, the United States Conference of Catholic Bishops (USCCB) reiterated that, given the urgency of the crisis, "the lack of available alternative vaccines, and the fact that the connection between an abortion that occurred decades ago and receiving a vaccine produced today is remote, inoculation with the new COVID-19 vaccines in these circumstances can be morally justified."

The Colorado Catholic Conference of Bishops reaffirmed in its letter dated August 5, 2021, that use of some COVID-19 vaccines is morally acceptable. The CCC explains that a decision not to receive the COVID-19 Vaccine is a personal decision based on each person's conviction.

The University does not accept personal beliefs as a basis for not complying with its Covid 19 vaccination requirement.

The University adopted its COVID-19 Vaccination Policy for the purpose of protecting the health and safety of the campus community including the patients that pharmacy students treat in University, UC Health, and Children's Hospital clinics. The University determined that a mandatory vaccination requirement for its employees and students is the best way to accomplish this goal.

A recent study by the Centers for Disease Control and Prevention found that individuals who have not been vaccinated were nearly five times more likely to be infected with COVID-19 than

vaccinated people. In addition, the study found that unvaccinated people are about 29 times more likely to be hospitalized with COVID-19 than those who are fully vaccinated. [1]

The University's mandatory vaccination policy offers exemptions to individual's whose religious beliefs are opposed to all vaccinations.  When asked to explain how your religious beliefs prevent you from receiving the COVID-19 vaccine, you responded that you object based on your belief that the COVID-19 vaccines were developed from human cell lines derived from abortion.

The rationale provided does not constitute a religious belief, but a personal objection to the development of the vaccine. The basis for your objection is of a personal nature and not part of a comprehensive system of religious beliefs.

Having considered your exemption request, it is denied.

You must submit verifiable documentation indicating you have received the first COVID-19 vaccine dose to the School's Office of Student Life and submit your verification via the campus portal by September 6, 2021.  You will be allowed to continue attending school between the time you receive your first vaccination and the time you are fully vaccinated (two weeks after you receive the second dose of the Pfizer or Moderna vaccine or the single dose of the J&J vaccine).  For any in-person activities, you will be required to follow campus safety protocols for unvaccinated individuals as set out in University policy, including, but not limited to, weekly testing, masking, and social distancing where possible.

Alternatively, if you do not intend to submit documentation that you have received the first COVID-19 vaccine dose by September 6, 2021, you may request a Leave of Absence from the School or withdraw from the School by September 6, 2021.

Failure to select any of these options will result in referral to the Promotions Committee for further action, up to and including dismissal.

Shanta M. Zimmer, MD
Professor of Medicine,
Senior Associate Dean for Education,
Associate Dean for Diversity and Inclusion

---

[1] *Morbidity and Mortality Weekly Report*, Centers for Disease Control and Prevention, August 27, 2021.