

**Peter Breen <pbreen@thomasmoresociety.org>**

# Immediate Request for Reconsideration of Denial of Religious Exemption

**Spiering, Kimberly** <KIMBERLY.SPIERING@ucdenver.edu>                    Tue, Sep 7, 2021 at 12:06 PM
To: "Zimmer, Shanta" <SHANTA.ZIMMER@cuanschutz.edu>, Peter Breen <pbreen@thomasmoresociety.org>, "Hueth, Jeremy" <JEREMY.HUETH@cu.edu>, "Zweck-Bronner, Steve" <STEVE.ZWECK-BRONNER@ucdenver.edu>
Cc: Theresa Lynn Sidebotham <tls@telioslaw.com>, Paul Jonna <PJonna@limandri.com>, Michael McHale <mmchale@thomasmoresociety.org>

Dear Peter,

Please be advised that Mr. ████████ ██████'s medical exemption request has been approved and he will not be referred to the School of Medicine's Promotions Committee on September 15, 2021. He will be notified of this decision by the School of Medicine shortly.

Please let me know if you have any questions.

Best regards,

Kimberly C. Spiering (Pronouns: she/her/hers)

Senior Associate University Counsel

University of Colorado

Office of University Counsel - Denver │ Anschutz Medical Campus

t 303.724.9283

f 303.724.4738

kimberly.spiering@ucdenver.edu



CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

[Quoted text hidden]