**From:** A Message From Dr David Brumbaugh <MessagefromDrDavidBrumbaugh@childrenscolorado.org>
**Sent:** Monday, September 20, 2021 1:59 PM
**Subject:** ACTION NEEDED: COVID-19 Vaccine Requirement

To: All Children's Colorado team members

Dear team,

On Sept. 1, we announced the process for team members to submit documentation for their approved COVID-19 vaccination series in order to comply with Children's Colorado's vaccination requirement deadline of **Oct. 1, 2021.** In that message we also shared that the Colorado State Board of Health issued an emergency rule on Aug. 30, 2021, requiring all licensed healthcare facilities to ensure their eligible employees, direct contractors and support staff "obtain full COVID-19 vaccination status by Oct. 31."

Currently, we are showing you as "**Non-Compliant**" with this requirement.

## Your action is required

**Children's Colorado employees**
If you received your complete COVID-19 vaccine series at a Childrens' mass vaccination clinic your compliance is complete and *no action is required*. You may disregard the rest of this email.

If you received your complete COVID-19 vaccine series outside of Children's Colorado, you must submit your proof of vaccination using the following link by **Oct. 1, 2021**.

**Children's Colorado partners (e.g. non-CU medical staff, contractors, vendors, etc.)**
If you received your complete COVID-19 vaccine series at any location (Children's Colorado or non-Children's Colorado clinic), you must complete your requirement using the following link by **Oct. 1, 2021**.

**All CU affiliated partners (e.g. faculty, residents, administrative staff, students, etc.)**
If you received your complete COVID-19 vaccine series at any location (Children's Colorado or non-Children's Colorado clinic), you must complete your requirement using the following link by **Oct. 1, 2021**.

Team members who previously submitted proof of vaccination through CU School of Medicine must complete their requirement through Children's Colorado using the above link. However, if you have already received an approved medical or religious exemption through the CU School of Medicine you do not need to take further action.

**Requesting an exemption (applies to all of the above categories except CU affiliated partners)**
Submit an exemption request (medical or religious) by **Oct. 1, 2021**. The process, which requires use of a mandatory form, is described below.

If you intend to request a medical or religious exemption, you must submit an exemption request by Oct. 1. Details regarding this process, including a mandatory form, are described below.

> A table summarizing these requirements appears at the bottom of this email. If you have already completed the above steps, no further action is required. If you are a volunteer, you may disregard this communication and follow the previously communicated process for volunteers.

## How to request medical and religious exemptions

Over the past week and a half, we have worked closely with the State Board to understand how to properly adhere to their mandate as we develop processes and plans for team members seeking exemptions to receiving the COVID vaccine.

The State Board does not provide latitude for organizations to define medical or religious exemptions. The board is currently planning to issue their final rule **Oct. 21, 2021.** We will be monitoring any relevant and substantive changes over the next month. In the meantime, Children's Colorado will allow team members seeking medical or religious exemptions to defer receipt of their first dose of the COVID-19 vaccine until Oct. 21.  After that date, we will review all requests for medical and/or religious exemption and notify the team member as to the decision on if an exemption is or is not granted.

All team members who intend to seek a medical exemption or religious exemption must complete and submit their signed exemption form — linked below — and submit it via the instructions described on the form by **Oct. 1, 2021**, and will be required to follow PPE and-19 COVID PCR testing processes previously announced by Children's Colorado. Details of this testing process will follow at a later date.

Please note that the language regarding the vaccine mandate and medical and religious exemptions remains to be finalized by the State Board by **Oct. 21, 2021**. Team members who wish to request a medical or religious exemption should complete and submit the appropriate form as soon as possible and no later than **Oct. 1.** Please bear in mind that the submission of a request does not guarantee approval; however, your timely submission will enable Children's Colorado to review your request as quickly as possible. Children's Colorado will review all requests for exemptions, and will begin notifying team members of the decision to grant or not grant an exemption no earlier than **Oct. 21, 2021**.

> *Those seeking a medical exemption will be required to submit their request via the following form:*
>
> A medical exemption must be signed by a physician, physician assistant, advanced practice nurse, or certified nurse midwife **licensed in Colorado** that a team member is medically contraindicated as described in the product labeling approved OR authorized by the FDA.
>
> Please have your medical provider sign this form, then follow the instructions on the form to complete your submission.
>
> The due date for submitting a request for medical exemption is **Oct. 1, 2021.**
>
> 📄 **Download the official form for medical exemption requests >>**

> *Those seeking a religious exemption will be required to submit their request via the following form:*
>
> The State's ruling requires documentation of religious exemptions, as defined by an organization's facility policy. In accordance with this requirement, Children's Colorado's evaluation of religious exemptions will include Legal, Human Resources and Occupational Health review. [Fill out the form, then follow the instructions on the form to complete your submission.](#)
>
> The due date for submitting a request for religious exemption is **Oct. 1, 2021.**
>
> 📄 **[Download the official form for religious exemption requests >>](#)**

## Summary table (Published Sept. 16, 2021)

| Children's Employee | Children's Partners – Non-CU Medical Staff, Contractors and Vendors | Anschutz Campus Colorado University Partners and Affiliates |
|---|---|---|
| • If you received your complete COVID vaccine series at a Childrens' mass vaccination clinic your compliance is complete and no action is required.<br>• If you did not receive your COVID vaccine series at a Children's mass vaccination clinic, you must:<br>1. [Submit proof of vaccination (if you have already completed this step no further action is required)](#), OR<br>2. [Become vaccinated by October 1st and submit proof of vaccination](#), OR<br>3. Submit an exemption request (medical or religious) by October 1st. | • If you received your complete COVID vaccine series at Children's mass vaccination clinic your proof of vaccination can be completed in two ways:<br>1. [Grant release of COVID record via REDCap form](#), OR<br>2. [Submit proof of vaccination by October 1st.](#)<br><br>• If you did not receive your COVID vaccine series at a Children's mass vaccination clinic, you must:<br>1. [Submit proof of vaccination (if you have already completed this step no further action is required)](#), OR<br>2. [Become vaccinated by October 1st and submit proof of vaccination](#), OR<br>3. Submit an exemption request (medical or religious) by October 1st. | • If you received your complete COVID vaccine series at Children's mass vaccination clinic your proof of vaccination can be submitted in two ways:<br>1. [Grant release of COVID record via REDCap form](#), OR<br>2. [Submit proof of vaccination by October 1st.](#)<br><br>• If you did not receive your COVID vaccine series at a Children's mass vaccination clinic, you must:<br>1. [Submit proof of vaccination (if you have already completed this step no further action is required)](#), OR<br>2. [Become vaccinated by October 1st and submit proof of vaccination.](#)<br><br>• Medical and religious exemptions approved through the University of Colorado will be accepted at CHCO. If you received an exemption through CU no action is required. The Occupational Health records will be coordinated through the two institutions. |

| Applies to all Children's employees | Applies to all contractors, vendors and other partners who have an active CHCO badge for any campus. Examples include:<br>• Non-CU Medical Staff<br>• Hospital Shared Services<br>• Crothall<br>• Clinical Vendors<br>• Medical Interpreters<br>• Maintenance and Construction Contractors<br>• Other Independent Contractors | Applies to all faculty, fellows, residents, students, administrative leaders affiliated with any CU Anschutz campus partner (Medical School, Dental School, School of Nursing, etc.) |
|---|---|---|
| Note: Exemption requests will not be reviewed until after the final State Board of Health Ruling on October 21st. No vaccination is required until after this date for those requesting an exemption. | | |

Thank you for your ongoing patience, grace and attention as we continue to navigate this process. If you have questions about the vaccine requirement, the documentation process or others not answered in this message, please visit The Loop for FAQs. If you do not find the answer you're looking for, submit your question via The Loop.

Sincerely,