## EMPLOYEE WITNESS # 1

### DECLARATION OF ▇▇▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇▇▇▇  declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as Chief Chaplain of Service at the Veterans Affairs ("VA") Maine Healthcare System, in Augusta, Maine, which is part of the Veterans Health Administration ("VHA").

3) The VHA is the largest integrated health care system in the United States, employing more than 367,200 full time health care professionals and support staff, who deliver healthcare services to over 9 million veterans at 1,293 healthcare facilities throughout the United States. (*See* https://www.va.gov/health/aboutvha.asp).

4) In Maine, the VA Maine Healthcare System serves over 42,500 veterans at facilities in Bangor, Calais, Caribou, Lewiston, Lincoln, Portland, Rumford, Saco, and the facility in Augusta, where I am based. (*See* https://www.maine.va.gov/about/index.asp).

5) The VHA permits and freely grants exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations, including COVID-19 vaccination.

6) The VHA form for requesting and obtaining a religious exemption and accommodation from its mandatory COVID-19 vaccination policy is very simple, and requires employees only to check a box indicating that they have a deeply held religious belief that prevents them from receiving the COVID-19 vaccine, and that they have notified their immediate supervisor in writing of that belief. Here is a true and accurate copy of the VHA exemption form:

**July 27, 2021**                                    **VHA DIRECTIVE 1193(1)**
                                                                **Appendix B**

☒ I notified my immediate supervisor in writing that I have a deeply held religious belief that prevents me from receiving the COVID-19 vaccine. I understand that by declining to receive the vaccine within eight weeks of publication of this directive, or within eight weeks of beginning employment, I must wear a face mask according to requirements and guidelines within VHA Directive 1193, Coronavirus Disease 2019 Vaccination Program for Title 38 Health Care Personnel.

|                              | $8-16 \cdot 2021$ |                        |
|------------------------------|-------------------|------------------------|
| Supervisor Signature         | Date              | Supervisor Email       |

I have read and fully understand the information on this form and have been given the opportunity to have my questions answered. I understand that violation of the directive may result in disciplinary action up to and including removal from Federal service.

Name (print): _____                     Last 4 SS# _____

Dept./Serv:  Chaplain Service

Employee Signature: _____          Date:  13 AUG 2021

**VHA Title 38 HCP are to provide this form to the VHA facility Employee Occupational Health Office. Secure electronic submission is permissible.**

7)      Once a VHA employee checks the box and completes the exemption form, he or she is automatically exempted from the mandatory vaccination policy, and permitted to continue in the same job function, with the same duties and responsibilities. The only requirement (or accommodation) for exempt employees is that they must wear a face mask according to requirements and guidelines within VHA Directive 1193, as stated on the exemption form above.

8)      On August 13, 2021, I submitted the above exemption form.

9)      On August 16, 2021, my exemption was formally acknowledged.

10)     With my religious exemption in place, and with the face mask accommodation, I am permitted to carry out my duties and responsibilities to the same extent as always. I interact

and counsel patients, both inpatients and outpatients, both with COVID and without COVID, in the entire hospital in Augusta, as well as other facilities. I interact and counsel with other healthcare workers routinely as well.

11)     As part of my counseling of other healthcare employees within the VA Maine Healthcare System, I became personally aware of more than 100 other employees with sincerely held religious convictions that prohibit them from accepting vaccinations. These employees requested and obtained religious exemptions from the mandatory COVID-19 vaccination requirement using the same form and procedure that I did. These employees are permitted to continue their duties and responsibilities, including direct patient care, to the same extent that they did previously, subject to the masking accommodation described above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

**EMPLOYEE WITNESS # 2**

## <u>DECLARATION OF</u> ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse at the Veterans Affairs ("VA") Maine Healthcare System, in Augusta, Maine, which is part of the Veterans Health Administration ("VHA").

3)      The VHA is the largest integrated health care system in the United States, employing more than 367,200 full time health care professionals and support staff, who deliver healthcare services to over 9 million veterans at 1,293 healthcare facilities throughout the United States. (*See* https://www.va.gov/health/aboutvha.asp).

4)      In Maine, the VA Maine Healthcare System serves over 42,500 veterans at facilities in Bangor, Calais, Caribou, Lewiston, Lincoln, Portland, Rumford, Saco, and the facility in Augusta, where I am based. (*See* https://www.maine.va.gov/about/index.asp).

5)      The VHA permits and freely grants exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations, including COVID-19 vaccination.

6)      The VHA form for requesting and obtaining a religious exemption and accommodation from its mandatory COVID-19 vaccination policy is very simple, and requires employees only to check a box indicating that they have a deeply held religious belief that prevents them from receiving the COVID-19 vaccine, and that they have notified their immediate supervisor in writing of that belief. Employees are not required or expected to explain the nature

of their religious beliefs, and supervisors are not required to "approve" those beliefs. Here is a true

and accurate copy of the VHA exemption form:

---

**Department of Veterans Affairs**      **COVID-19 VACCINATION**

**DATE** *(MM/DD/YYYY)*: 08/04/2021

I am a VHA: [X] Employee    [ ] Other - please indicate: _____

CHECK ONE STATEMENT BELOW AND COMPLETE AND SIGN THE LAST SECTION OF THIS FORM PRIOR TO SUBMISSION TO EMPLOYEE OCCUPATIONAL HEALTH:

[ ] I received the full COVID-19 vaccine series (any required documentation is attached).

[ ] I have been granted a medical exemption from receiving the COVID-19 vaccine.
I have a contraindication for the COVID-19 vaccine as defined by Centers for Disease Control and Prevention (CDC). The reasons for contraindication must be recognized contraindications and precautions by the CDC, found here: https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F% 2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html, located under Interim Clinical Considerations for Use or Vaccine Indications. This has been discussed and acknowledged by my personal physician. I understand that by declining to receive the vaccine within eight weeks of publication of this directive, or within eight weeks of beginning employment, I must wear a face mask according to requirements and guidelines within VHA Directive 1193, COVID-19 Vaccination Program for VHA Employees and Health Care Personnel.

Printed Physician Name and Address

_____    _____    _____
Physician Signature      Date *(MM/DD/YYYY)*      National Provider Identification Number

_____    _____    _____
Supervisor Signature      Date *(MM/DD/YYYY)*      Supervisor Email

[X] I notified my immediate supervisor in writing that I have a deeply held religious belief that prevents me from receiving the COVID-19 vaccine.

I understand that by declining to receive the vaccine within eight weeks of publication of this directive, or within eight weeks of beginning employment, I must wear a face mask according to requirements and guidelines within VHA Directive 1193, COVID-19 Vaccination Program for VHA Employees and Health Care Personnel.

_____    _____    _____
Supervisor Signature      Date *(MM/DD/YYYY)*      Supervisor Email

I have read and fully understand the information on this form and have been given the opportunity to have my questions answered. I understand that violation of the directive may result in disciplinary action up to and including removal from Federal service.

Name (print): _____      Last 4 SS#: _____

Dept./Serv: _____      Date *(MM/DD/YYYY)*: 08/04/2021

Employee Signature: _____

**VHA Title 38HCP are to provide this form to the VHA facility Employee Occupational Health Office. Secure electronic submission is permissible.**

7)      Once a VHA employee checks the box and completes the exemption form, he or she is automatically exempted from the mandatory vaccination policy, and permitted to continue in the same job function, with the same duties and responsibilities. The only requirement (or accommodation) for exempt employees is that they must wear a face mask according to requirements and guidelines within VHA Directive 1193, as stated on the exemption form above.

8)      On August 13, 2021, I submitted the above exemption form.

9)      On the same date, my exemption was formally acknowledged.

10)    My exemption and accommodation permit me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use a mask, as stated in the exemption form. My individual facility is also requiring twice weekly testing for COVID-19 for those exempted healthcare workers such as myself who have to work in the long term care unit. I comply with all of these requirements.

11)    Until recently, I was also working as a per diem nurse at Eastport Memorial Nursing Home, in Eastport, Maine. I requested a religious exemption there as well. I was told that even though my employer wanted to provide me with an exemption, it could not do so because the State of Maine had abolished religious exemptions for healthcare workers. My employment there was terminated as a result.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

# EMPLOYEE WITNESS # 3

## <u>DECLARATION OF</u> ████████████

I, ████████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a chemotherapy nurse at the Veterans Affairs ("VA") Medical Center in Portland, Oregon. My hospital is part of the Veterans Health Administration ("VHA").

3)      The VHA is the largest integrated health care system in the United States, employing more than 367,200 full time health care professionals and support staff, who deliver healthcare services to over 9 million veterans at 1,293 healthcare facilities throughout the United States. (*See* https://www.va.gov/health/aboutvha.asp).

4)      In Oregon, the VA Portland Healthcare System serves over 95,000 veterans at more than a dozen facilities throughout the state. (*See* https://www.portland.va.gov/about/index.asp).

5)      The VHA permits and freely grants exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations, including COVID-19 vaccination.

6)      The VHA form for requesting and obtaining a religious exemption and accommodation from its mandatory COVID-19 vaccination policy is very simple, and requires employees only to check a box indicating that they have a deeply held religious belief that prevents them from receiving the COVID-19 vaccine, and that they have notified their immediate supervisor in writing of that belief. Employees are not required or expected to explain the nature of their religious beliefs, and supervisors are not required to "approve" those beliefs. Here is a true and accurate copy of the VHA exemption form:

**July 27, 2021**                                      **VHA DIRECTIVE 1193**

**Appendix B**

☑ I notified my immediate supervisor in writing that I have a deeply held religious belief that prevents me from receiving the COVID-19 vaccine. I understand that by declining to receive the vaccine within eight weeks of publication of this directive, or within eight weeks of beginning employment, I must wear a face mask according to requirements and guidelines within VHA Directive 1193, Coronavirus Disease 2019 Vaccination Program for Title 38 Health Care Personnel.

|  | 07/28/2021 |  |
|---|---|---|
| Supervisor Signature | Date | Supervisor Email |

I have read and fully understand the information on this form and have been given the opportunity to have my questions answered. I understand that violation of the directive may result in disciplinary action up to and including removal from Federal service.

Name (print): ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇        Last 4 SS# ▇▇▇▇▇

Dept./Serv:  Chemo Clinic

Employee Signature: ▇▇▇▇▇▇▇▇▇▇▇▇▇        Date: 07/28/2021

*VHA Title 38 HCP are to provide this form to the VHA facility Employee Occupational Health Office. Secure electronic submission is permissible.*

7)      Once a VHA employee checks the box and completes the exemption form, he or she is automatically exempted from the mandatory vaccination policy, and permitted to continue in the same job function, with the same duties and responsibilities. The only VHA requirement (or accommodation) for exempt employees is that they must wear a face mask according to requirements and guidelines within VHA Directive 1193, as stated on the exemption form above.

8)      On July 28, 2021, I submitted the above exemption form.

9)      On the same day, my exemption was formally acknowledged.

10)     My exemption and accommodation permit me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use a mask, as stated in the exemption form. My individual facility is also requiring weekly testing for COVID-19. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

**EMPLOYEE WITNESS # 4**

<u>**DECLARATION OF** ███████████</u>

I, ███████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a Direct Support Professional at Shangri-La, in Salem, Oregon. Shangri-La is a non-profit human services organization dedicated to providing services, including healthcare services, to individuals with disabilities. My job responsibilities include providing direct support to individuals with intellectual disabilities.

3)      The State of Oregon does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On September 9, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> This message is to confirm that your religious exemption request has been accepted and approved with an accommodation.
>
> This means that you are exempt from receiving the COVID-19 per the state mandate that into effect on August 25, 2021.
>
> Shangri-La has determined that an accommodation for employees to continue to work when exempt from the vaccine is to test weekly for COVID-19.
>
> Details regarding weekly testing is currently being worked on. You will receive information such as when and where soon. This information will come from me, our CEO, or your Program Director.

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to individuals with intellectual disabilities. I am required to undergo weekly testing as part of my accommodation. I comply with this requirement.

6)      I am personally aware that 2 other employees who work with me and who interact with both on-site clients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021



# EMPLOYEE WITNESS # 5

## DECLARATION OF ███████

I, ███████████, declare as follows:

1)    I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)    I am employed as a registered nurse at Saint Agnes Hospital in Fresno, California. St. Agnes is owned by Trinity Health, which employs about 123,000 healthcare workers at facilities in 22 states.

3)    The State of California does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)    In August 2021, Trinity Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



CASE N° ██████
CREATION DATE: 07/██/2021 ██



**2021 Covid-19 Vaccination Document**

**Colleague ID:** ██████
**Organization:** F01 Saint Agnes Medical Center
**Legal Full Name:** ██████
**Preferred Name:** ████████

**Is the 2021 Covid-19 Vaccination Exemption Approved?**
Yes

5)     My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, monitor and report symptoms daily, submit to temperature checks upon entering my facility, and undergo COVID-19 testing twice per week. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

## EMPLOYEE WITNESS # 6

### DECLARATION OF ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮ declare as follows:

1)    I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)    I am employed as a registered nurse by Sutter Health in Roseville, California. Every day, I fulfill my life's calling and passion by caring for patients in private homes, assisted living facilities and skilled nursing facilities.

3)    Sutter Health employs approximately 55,000 employees at 24 hospitals in California.

4)    The State of California does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

5)    On August 20, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



6)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, self-monitor and report symptoms, and undergo weekly testing for COVID-19. I comply with all of these requirements.

7)      I am personally aware that 3 other individuals who work for Sutter Health and who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

## EMPLOYEE WITNESS # 7

### DECLARATION OF ▮▮▮▮▮▮

I, ▮▮▮▮▮▮ declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a pharmacy technician by Kaiser Permanente in Lincoln, California. Kaiser Permanente employs approximately 220,000 employees, of which 149,000 are in California.

3) The State of California does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On August 30, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy.

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to on-site pharmacy patients. As part of my accommodation, I am required to mask, self-monitor and report symptoms, and undergo weekly testing for COVID-19. I comply with all of these requirements.

6) I am personally aware that 3 other individuals at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021



## EMPLOYEE WITNESS # 8

### DECLARATION OF ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a medical social worker at PIH Health Downey Hospital, in Downey, California. My hospital is part of PIH Health, which employs over 7,500 employees at facilities throughout California.

3)      I work with inpatients of the hospital in the Definitive Observation / COVID Unit.

4)      The State of California does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

5)      On August 19, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> We have reviewed your request for Religious Belief Accommodation to be exempt from the Covid-19 vaccine government-mandated requirement. Based on the information provided we are granting your exemption.
>
> This is also a reminder that you must comply with the California state mandatory requirements currently in place for healthcare workers including mandated testing. In addition, N95 masks are available upon request.
>
> Should you have any questions related to your granted exemption, please contact your Human Resources/Employee Relations representative based on your assigned location.

6)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to COVID inpatients at the hospital. As part of my accommodation, I am required to use PPE and undergo twice-weekly testing for COVID-19. I comply with all of these requirements.

7)      I am personally aware that approximately 20 other employees who work at my hospital and who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

## EMPLOYEE WITNESS # 9

### DECLARATION OF ▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮ declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a licensed practical nurse at Multicare Health System in Tacoma, Washington. Multicare employs more than 20,000 employees at facilities throughout the State of Washington.

3) The State of Washington does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On August 25, 2021, my hospital granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> The Immunization Exemption Committee has reviewed your request for exemption from the Covid 19 vaccine and has granted approval on the basis of a strongly held personal or religious belief.
>
> Employee Health have been copied with this information and will update your information to compliant.
>
> Please let me know if you have any questions.
>
> Thank you,

5)       My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients in the ICU. I am required to follow the same COVID-19 safety protocols that all other Multicare employees follow and have been following since the start of the pandemic..

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

# EMPLOYEE WITNESS # 10

### DECLARATION OF ███████████

I, ███████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse in the Intensive Care Unit at Valley Medical Center in Renton, Washington. My hospital is part of the University of Washington Healthcare System. My hospital employs approximately 4,000 employees.

3)      The State of Washington does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On August 23, 2021, my hospital granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

Thank you for submitting your request for a religious exemption from the requirement to receive the COVID-19 vaccination. The request was reviewed by Human Resources, and the exemption is granted.

Please note the following:

- There will be education on preventing COVID-19 infection that you will be required to complete.
- You will need to submit a separate request if you'd like to be exempt from the flu vaccine.

You will be required to wear a mask at all times while on the VMC campus, even after the mask mandate has been lifted. The only exceptions will be when you're in an enclosed, private office space or when you're eating or drinking outdoors or in a break room.

Please let me know if you have any questions.

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients in the ICU. As part of my accommodation, I am required to use PPE and to wear a mask outside of any enclosed, private office space. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

## EMPLOYEE WITNESS # 11

### DECLARATION OF █████████████

I, █████████████, declare as follows:

1)     I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)     I am employed as an emergency medical technician for Albuquerque Ambulance in Albuquerque, New Mexico. Albuquerque Ambulance is owned by Presbyterian Healthcare Services, which is New Mexico's largest employer, employing 14,000 healthcare workers at facilities throughout the state.

3)     The State of New Mexico does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)     On September 2, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> **Fw: exemption testing processes and requirements**
>
> good afternoon,
> You have been approved for an exemption from receiving the covid-19 vaccine. The exemption require you receive a negative covid-19 test weekly. Full details can be found at COVID-19 Vaccine Exemption. You will need to coordinate with your direct supervisor to understand what day of the week they want to receive the test results. Please follow the instructions for utilizing the at home testing. Please plan on time for shipping of materials to align with the day of the week your leader will need your results. More details about this free testing through Vault Health.
>
> Each week, you will provide a copy of your negative test results to your direct leader and also to Employee Health. If you test position, follow the already established process through ExemptWeeklyCOVIDTesting@phs.org.
>
> Failure to comply with the testing requirement will result in removal from work and can lead to possible disciplinary action up to and including termination.
>
> Please let us know if you have any questions.
>
> Thank you.

5)    My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site and in ambulances, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE and test weekly for COVID-19. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 12**

## DECLARATION OF ███████████

I, ███████████, declare as follows:

1)    I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)    I am employed as a clinical supervisor and bedside registered nurse at Mercy Hospital in Springfield, Missouri. My hospital employs approximately 5,000 employees.

3)    The State of Missouri does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)    On September 10, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> the appeals committee has overturned the denial and approved your religious exemption. Co-Worker Health will be advised to update your status. You will be required to follow the new protocol released by senior leadership regarding co-workers with an exemption to the Covid-19 vaccine.

5)    My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my bedside patients. As part of my accommodation, I am required to use PPE as everyone else, follow masking guidelines, and, depending on community level, undergo COVID-19 testing weekly. I comply with all of these requirements.

6)     I am personally aware that 2 other employees who work at my hospital and who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

**EMPLOYEE WITNESS # 13**

## DECLARATION OF ▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮ declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse at Methodist Hospital in Dallas, Texas. Methodist Hospital is owned by Methodist Health System, which employs over 7,000 healthcare workers at facilities in Texas.

3)      The State of Texas does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On September 7, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy.

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, submit to temperature checks upon entering my facility, and self-monitor and report any symptoms. My employer has advised me that it may institute weekly testing for exempt employees as well. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 14**

<u>**DECLARATION OF**</u> ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮ declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a charge nurse and provide bedside patient care at Methodist Midlothian Medical Center, in Midlothian, Texas. My facility is owned by Methodist Health System, which employs over 7,000 healthcare workers at facilities in Texas.

3)      The State of Texas does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On September 8, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy.

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe bedside care to my patients. As part of my accommodation, I am required to use PPE, submit to temperature checks upon entering my facility, and self-monitor and report any symptoms. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 15**

**<u>DECLARATION OF</u>** ███████████.

I, ████████████, declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a registered nurse in the Intensive Care Unit at Advocate Aurora Health/Memorial Hospital in Burlington, Wisconsin. Advocate Healthcare employs over 70,000 healthcare workers in Wisconsin and Illinois.

3) The State of Wisconsin does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On September 1, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

Your request for COVID Vaccine Religious Exemption has been reviewed by the Exemption Committee.

Your Exemption is:

x **Approved.** This approval grants you an exemption from receiving the COVID-19 vaccine this year and for the duration of your employment with AAH

Approve: Request meets COVID vaccine exemption criteria

. With the approval, you need to complete the following requirements:

1. Must comply with current Advocate Aurora guidance on PPE use
2. Must comply with current Advocate Aurora guidance on travel and testing requirements; and
3. Must complete the then-current SafeCheck or daily COVID-19 symptom screening process prior to entering an Advocate Aurora site.

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, self-monitor and report symptoms daily using a company app, and follow company guidance on travel and testing requirements. I comply with all of these requirements.

6) I am personally aware that 12 other employees at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 16**

<u>DECLARATION OF</u> ▆▆▆▆▆▆

I, ▆▆▆▆▆▆, declare as follows:

1)    I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)    I am employed as a registered vascular ultrasound technician at Minneapolis Heart Institute in Minneapolis, Minnesota. Minneapolis Heart Institute is part of Allina Health, which employs 29,000 healthcare workers at 12 hospitals and 90 clinics in Minnesota and Wisconsin.

3)    The State of Minnesota does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)    On September 2, 2021, Allina Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a true and accurate copy of the approval notice that I received:

---

Communication from my Health System employer stating approval & accommodations.

We have received your request for an exemption to be excluded from receiving a COVID 19 and/or Influenza Vaccination.

• Your request for an exemption is granted as described below:

You are not required to receive the:
___X_____COVID 19 Vaccination
_____Influenza Vaccination

Approved exemptions are subject to immediate change at Allina Health's sole discretion if a determination is made that Allina Health can no longer uphold your request. Circumstances that may prompt Allina Health to reevaluate your request may include, but are not limited to, the following:
Recommendations from Infection Prevention Other business considerations that may affect patient care

Expectations of those with an approved accommodation:
• You must adhere to all PPE guidelines for your position.
• Regardless of current PPE guidelines, at a minimum, you must wear a surgical mask when in an Allina Health facility, property, or vehicle regardless of whether you are providing direct care for a patient.
• Health Care Workers with an approved exemption or deferral are required to comply with Allina Health's Personal Protective Equipment (PPE) policies, which, at a minimum, require them to wear a surgical mask at all times while working on any Allina Health Premises, while in an Allina Health vehicle with another employee or patient, while caring for patients in their home or other facilities, except for reasonable periods when eating or drinking.
• In certain areas, where patients are exceptionally vulnerable, Allina Health may have to evaluate work assignments.
• You may be required to take additional appropriate measures while at work to attempt to avoid the spread of disease to patients, employees, staff and visitors.  For example, employees who are granted an exemption or deferral, regardless of the reason, may be excluded from patient care areas and job duties or may be required to observe additional masking and PPE requirements.
Thank you,

Employee Relations

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, follow masking guidelines, and undergo regular testing for COVID-19. I comply with all of these requirements.

6)      I am personally aware that at least 100 other employees within Allina Health, and very likely more, who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

### EMPLOYEE WITNESS # 17

### DECLARATION OF ██████████████

I, ████████████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse in the pediatric emergency room at University of Chicago Medical Center, in Chicago, Illinois.

3)      The State of Illinois does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On September 1, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

This correspondence serves as official notification that Human Resources received your religious exemption for the Covid Vaccine. After review of the documentation you submitted, the following determination has been made:

[X]      **Approved**
   - **You have met the requirement and will be marked as "compliant."**

[  ]      **Denied**
   - **Based on the information you provided, you have *not* met the requirement and need to receive the Covid vaccine by the September 3, 2021 deadline. Otherwise, you will be marked as "non-compliant."**

Sincerely,

Employee and Labor Relations

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, which I and all of my colleagues do.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

## EMPLOYEE WITNESS # 18

### <u>DECLARATION OF</u> █████████

I, █████████ declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a respiratory therapist at Advocate Children's Hospital in Oak Lawn, Illinois. Advocate Healthcare employs over 70,000 healthcare workers in Wisconsin and Illinois.

3) The State of Illinois does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On September 11, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

---

Dear Team Member

Your COVID Vaccine Religious Exemption appeal has been reviewed by the Exemption Committee.

Your Appeal was:

 **Approved.** This approval grants you an exemption from receiving the COVID vaccine this year and for the duration of your employment with AAH. With this approval, you need t[o] complete the following requirements:

1. Must comply with current Advocate Aurora guidance on PPE use
2. Must comply with current Advocate Aurora guidance on travel and testing requirements
3. Must complete current SafeCheck or daily COVID-19 symptom screening process prior to entering an Advocate Aurora site.

While your Religious exemption appeal is approved, we are not endeavoring to address each basis for your appeal, some of which may contain factual inaccuracies and/or basis for an exemption which, alone, would have warranted a denial.

---

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, self-monitor and report symptoms daily using a company app, and follow company guidance on travel and testing requirements. I comply with all of these requirements.

6)      I am personally aware that 15 other individuals at various Advocate Health facilities who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 19**

**DECLARATION OF** ▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮, declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a registered nurse at Advocate Aurora Health, in Park Ridge, Illinois. Advocate Healthcare employs over 70,000 healthcare workers in Wisconsin and Illinois.

3) The State of Illinois does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On September 6, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy.

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, self-monitor and report symptoms daily using a company app, and follow company guidance on travel and testing requirements. I comply with all of these requirements.

6) I am personally aware that 4 other registered nurses and 1 physician at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

## EMPLOYEE WITNESS # 20

### DECLARATION OF ███████████

I, ███████████████████, declare as follows:

1)    I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)    I am employed as a nurse in the Intensive Care Unit at Advocate Sherman Hospital in Elgin, Illinois. Advocate Healthcare employs over 70,000 healthcare workers in Wisconsin and Illinois.

3)    The State of Illinois does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)    On September 6, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to ICU patients. As part of my accommodation, I am required to use PPE, self-monitor and report symptoms daily using a company app, and follow company guidance on travel and testing requirements. I comply with all of these requirements.

6)      I am personally aware that 1 other individual at my location who interacts with both on-site patients and on-site colleagues was also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 21**

<u>**DECLARATION OF**</u> ████████████

I, ████████████, declare as follows:

1)   I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)   I am employed as an ultrasound technician at UCHealth in Fort Collins, Colorado. UCHealth is a 24,000-employee health organization under the umbrella of University of Colorado. It is consistently ranked as one of the best healthcare systems in the United States.

3)   The State of Colorado does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)   On August 23, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> Your request for a sincerely held religious belief, practice, or observance as defined under applicable law for a religious exemption from the COVID-19 vaccine is approved subject to the following conditions:
> • You are required to follow the masking guidelines at all times. Click here for link
> • You are required to get a PCR COVID-19 test at a UCHealth facility twice a week and at least 72 hours apart and agree to provide such test results to UCHealth employee health. This testing requirement will begin on October 1, 2021 and details will be provided to you prior to that requirement date, including the limited instances in which a PCR COVID-19 test at a non-UCHealth facility may be permitted.
> • Your supervisor will be made aware of this requirement and failure to comply can result in disciplinary action up to and including termination.
> • UCHealth reserves the right to reevaluate your requested accommodation at any time.

5)   My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients (inpatients, outpatients and ER patients). As part of my accommodation, I am required to use PPE as everyone else, follow masking guidelines, and undergo COVID-19 testing twice per week. I comply with all of these requirements.

6)   I am personally aware that 5 other employees who work at my hospital and who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021



**EMPLOYEE WITNESS # 22**

<u>**DECLARATION OF**</u> ████████████

I, ████████████████, declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a physician assistant (PA) at St. Joseph Mercy Hospital in Howell, Michigan. St. Joseph is owned by Trinity Health, which employs about 123,000 healthcare workers at facilities in 22 states.

3) The State of Michigan does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On August 13, 2021, Trinity Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

**Request History**

| Date | Author | Response |
|---|---|---|
| 8/13/2021 ████████ | | Your 2021 COVID-19 vaccination exemption request has been approved. You are required to follow masking, physical distancing, and any other accommodation requirements as determined by your Health Ministry. You may print this page by clicking on the "COVID-19 Vax Exemption " located under Print My Verification above and present it to your Health Ministry, if required. |
| 8/3/2021 ████████ | ████████████ | PDF form is attached below. |

**Last Response**

Your 2021 COVID-19 vaccination exemption request has been approved. You are required to follow masking, physical distancing, and any other accommodation requirements as determined by your Health Ministry. You may print this page by clicking on the "COVID-19 Vax Exemption " located under Print My Verification above and present it to your Health Ministry, if required.

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, monitor and

report symptoms, and observe physical distancing when and as possible. I comply with all of these requirements.

6)     I am personally aware that at least 3 other employees at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

## EMPLOYEE WITNESS # 23

### DECLARATION OF ██████████

I, ███████████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse at St. Joseph Mercy Hospital in Ypsilanti, Michigan. St. Joseph is owned by Trinity Health, which employs about 123,000 healthcare workers at facilities in 22 states.

3)      The State of Michigan does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On August 3, 2021, Trinity Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, monitor and report symptoms, and observe physical distancing when and as possible. I comply with all of these requirements.

6)      I am personally aware that at least 5 other employees at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

**EMPLOYEE WITNESS # 24**

<u>**DECLARATION OF**</u> ███████████

I, ████████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a nurse practitioner at St. Joseph Mercy Oakland Hospital in Pontiac, Michigan. St. Joseph is owned by Trinity Health, which employs about 123,000 healthcare workers at facilities in 22 states.

3)      The State of Michigan does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On August 9, 2021, Trinity Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

| **Request History** | | |
| --- | --- | --- |
| **Date** | **Author** | **Response** |
| 8/9/2021 12:46 PM | ████████ | Your 2021 COVID-19 vaccination exemption request has been approved. You are required to follow masking, physical distancing, and any other accommodation requirements as determined by your Health Ministry. You may print this page by clicking on the "COVID-19 Vax Exemption " located under Print My Verification above and present it to your Health Ministry, if required. |
| 8/1/2021 7:44 AM | ████████ | NA |

**Last Response**

Your 2021 COVID-19 vaccination exemption request has been approved.  You are required to follow masking, physical distancing, and any other accommodation requirements as determined by your Health Ministry.  You may print this page by clicking on the "COVID-19 Vax Exemption " located under Print My Verification above and present it to your Health Ministry, if required.

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and

safe care to my patients. As part of my accommodation, I am required to use PPE, observe physical distancing and self-monitor and report symptoms. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

**EMPLOYEE WITNESS # 25**

DECLARATION OF ▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮ declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) ·    I am employed as a nurse assistant at Henry Ford Hospital in Clinton Township, Michigan. Henry Ford Health employs over 30,000 healthcare workers at over 40 hospitals.

3)      The State of Michigan does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On August 17, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



> _Henry Ford_
> HEALTH SYSTEM
>
> **Religious/Spiritual Exemption Determination**
> **Employee Notification**
>
> We have received and reviewed your request for religious exemption from the COVID-19 vaccines. Your request has been reviewed by a committee and the following determination was made:
>
> ☒ **Exemption Approved**          ☐ Exemption Denied
>
> *All determinations are final
>
> Thank you,

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE and self-monitor and report symptoms. I comply with all of these requirements.

6)     I am personally aware that 4 other employees at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

## EMPLOYEE WITNESS # 26

### DECLARATION OF ███████████

I, ███████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a bedside registered nurse in the Neuro Step Down Intensive Care Unit at Henry Ford Health System in Detroit, Michigan. Henry Ford Health employs over 30,000 healthcare workers at over 40 hospitals.

3)      The State of Michigan does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On August 23, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



**Religious/Spiritual Exemption Determination**
**Employee Notification**

We have received and reviewed your request for religious exemption from the COVID-19 vaccines. Your request has been reviewed by a committee and the following determination was made:

☒ Exemption Approved                    ☐ Exemption Denied

*All determinations are final

If you would like to schedule an appointment to receive your COVID-19 vaccine, please call 313-651-1119.

Thank you,

HFHS Employee Health Services

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe bedside care to my patients. As part of my accommodation, I am required to use PPE and self-monitor and report symptoms. I comply with all of these requirements.

6)      I am personally aware that 2 other employees at my location who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021

## EMPLOYEE WITNESS # 27

### DECLARATION OF ███████████

I, ███████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse at Atrium Medical Center – Premier Health Partners, in Middleton, Ohio. My hospital employs approximately 1,400 people.

3)      The State of Ohio does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On September 11, 2021, my employer granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

**COVID-19 Vaccination Exemption Request**

 **Premier Employee Health**          Sep 11

Thank you for the submission of your Vaccine Religious Accommodation Request Form. As you know, it is the policy of Premier Health and all affiliated entities, that it is in the best interest of patient and employee safety to prevent the transmission of the COVID-19 virus by requiring employees and those working in our facilities to be vaccinated.

Your request for a religious accommodation has been APPROVED for the COVID-19 vaccination through November 30, 2022.

*Please note: Unvaccinated employees must follow all masking guidelines. While we are not currently testing unvaccinated workers in our facilities on a routine basis, we reserve the right to do so as a reasonable accommodation.*

Thank you.

5)     My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to follow masking guidelines. I comply with all of these requirements.

6)     I am personally aware that 1 other employee who works at my hospital and who interacts with both on-site patients and on-site colleagues was also granted a religious exemption and accommodation from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

**EMPLOYEE WITNESS # 28**

<u>**DECLARATION OF**</u> █████████████

I, ████████████, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered nurse at the Ambulatory Surgical Center of Temple University, in Philadelphia, Pennsylvania. Temple University has a premier educational and research health system.

3)      The State of Pennsylvania does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      On September 10, 2021, Temple University granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> Thank you for submitting the request for a vaccine exemption. The information you provided us meets the criteria for an approved exemption. You will need to engage in weekly or twice weekly testing. You will receive an e-mail each week with the testing requirements for the upcoming week. You must continue COVID-19 testing unless and until you are directed otherwise by Student or Employee Health. Please proceed to schedule your regular testing appointments through the following website: Patient Health Portal
>
> Sincerely,
>
> **COVID-19 Waiver Review Team**
> Temple University

5)      My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE and to undergo weekly testing for COVID-19. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

**EMPLOYEE WITNESS # 29**

<u>**DECLARATION OF**</u> ███████████

I, ███████████ , declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a registered respiratory therapist at Holy Redeemer Hospital, in Meadowbrook, Pennsylvania. My hospital is part of the Redeemer Health System, which employs approximately 2,500 employees.

3)      I also work on a per diem basis at St. Mary's Medical Center, in Langhorne, Pennsylvania. This facility is part of Trinity Health.

4)      The State of Pennsylvania does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

5)      On August 12, 2021, Holy Redeemer Hospital granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

> The COVID-19 Religious Exemption Review Committee has reviewed your request for a religious exemption to determine if an exemption should be approved.
>
> Based on this review, the COVID-19 Religious Exemption Review Committee has approved your request for a religious exemption.
>
> Please be advised that while you have received the approval of an exemption from the COVID-19 vaccine, you will remain subject to regular testing as per state/federal regulations and Redeemer Health guideline.

6)      I have also received an exemption and accommodation from St. Mary's and Trinity Health.

7)      At both of my employers, my accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation at Holy Redeemer Hospital, I am required to use PPE and to undergo periodic testing for COVID-19. At St. Mary's/Trinity, I am required to use PPE, monitor and report symptoms, and observe physical distancing when and as possible. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

## EMPLOYEE WITNESS # 30

### DECLARATION OF ███████████

I, ███████████ declare as follows:

1) I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2) I am employed as a homecare physical therapist at St. Francis at Home in Wilmington, Delaware. St. Francis is part of Trinity Health, which employs about 123,000 healthcare workers at facilities in 22 states.

3) The State of Delaware does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4) On August 25, 2021, Trinity Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy.

5) My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, including goggles, and undergo regular testing for COVID-19. I comply with all of these requirements.

6) I am personally aware that at least 8 other employees at St. Francis (homecare or hospital) who interact with both on-site patients and on-site colleagues were also granted religious exemptions and accommodations from the COVID-19 vaccination requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

### EMPLOYEE WITNESS # 31

### DECLARATION OF ███████████

I, ███████████, declare as follows:

1)    I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)    I am employed as a registered nurse in the labor and delivery unit at Baltimore Washington Medical Center in Glen Burnie, Maryland. My hospital is part of the University of Maryland Medical System. My hospital employs approximately 3,300 employees.

3)    The State of Maryland does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)    On September 3, 2021, my hospital granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:

## Religious Exemption - Approved

Dear ███████

Your request for a religious exemption from the UMMS COVID-19 Mandatory Vaccination Policy is GRANTED at this time.

This decision is based on your objection to the use of fetal cell lines in the development of the COVID-19 vaccines.

Thank you for your service to UM BWMC, UMMS and our communities during this challenging time. If you have any questions regarding your request for religious accommodation, please contact us.

Please note that since you are exempt from COVID-19 mandatory vaccine, you  must undergo serial testing starting in October.

5)     My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE and undergo COVID-19 testing once per week (starting in October). I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2021

## EMPLOYEE WITNESS # 32

### DECLARATION OF

I, ▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1)      I am over the age of 18, and competent to testify as follows, based upon my personal knowledge.

2)      I am employed as a nurse at Holy Cross Hospital in Ft. Lauderdale, Florida. Holy Cross Hospital is owned by Trinity Health, which employs about 123,000 healthcare workers at facilities in 22 states.

3)      The State of Florida does not prohibit healthcare employers from providing religious exemptions and accommodations to healthcare employees with sincerely held religious objections to mandatory vaccinations.

4)      In August 2021, Trinity Health granted me a religious exemption and accommodation from its mandatory COVID-19 vaccination policy. This is a copy of the approval notice that I received:



5)     My accommodation permits me to continue all of my previous duties and responsibilities, including working on-site, interacting with colleagues, and providing quality and safe care to my patients. As part of my accommodation, I am required to use PPE, monitor and report symptoms, and observe physical distancing when and as possible. I comply with all of these requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2021