EXHIBIT A

## DECLARATION OF PATRICK "JAKE" CRIPE, MD, FAAP

I, Jake Cripe, state as follows:

1. I am an Assistant Professor of Pediatrics at the University of Colorado School of Medicine. I serve as a Medical Director of Pediatric Critical Care Medicine at the Children's Hospital Colorado in Colorado Springs, Colorado.

2. There are 7 board-certified pediatric intensive care physicians, including Dr. Jane Doe, in the Pediatric Critical Care unit in the Children's Hospital Colorado in Colorado Springs who provide 24/7 coverage of the 16-bed pediatric intensive care unit (PICU).

3. Our PICU takes care of the sickest children in the community. The age of the patients in PICU ranges from 3-4 days to 21 years old. We currently see approximately 6 to 10 patients a day, including children with COVID-19.

4. We have physicians in the PICU 24/7. Physicians rotate doing 10-hour daytime shifts, seven days in a row, while others work 14-hour nightshifts. One physician on the team serves as backup during the week.

5. We interact with a large number of persons in the PICU on a daily basis, including the patients, family members, nurses, consulting physicians, social work, case management, clinical pharmacists, physical and speech therapists, respiratory therapists, dieticians, as part of the large, multidisciplinary team that is often required to treat the patients in PICU.

6. Many of our patients in PICU are not vaccinated against COVID-19 due to their age and/or underlying medical conditions.

7. Vaccination, combined with PPE, is the most effective way for us to protect our patients and ourselves from COVID-19.

8. It is my opinion that, as physicians, we have the duty to put our patients' interests above our own.

9. In addition to reducing the risk of infecting the patients, vaccination, combined with PPE, minimizes the risk that one of our physicians will become ill secondary to COVID-19 and will not be able to report to work due to quarantine or long hospitalization. Other physicians will have to add more hours to their 70+-hour work week to cover the shifts of the sick physician, which increases physician fatigue and burnout, as well as the physicians' ability to respond to other emergencies.

10. Short-term contract physicians are extremely expensive. In addition, the level of service provided to our patients is inconsistent and it takes time for short-term visiting physicians to get to know the patients and the staff.

11. In our practice, we routinely administer or prescribe medications, such as Tylenol, Albuterol, Azithromycin.

12. As pediatricians, we strongly recommend vaccines to our patients, including the MMR vaccine, as the safest and the most effective way of protection of many dangerous diseases.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 12th day of October, 2021.

Patrick J. Cripe, MD
Patrick "Jake" Cripe, MD, FAAP