**EXHIBIT B**

## DECLARATION OF SAMUEL R. DOMINGUEZ, M.D., Ph.D.

I, Samuel R. Dominguez, state as follows:

1. I am a Professor of Pediatrics in the Infectious Disease Section of the University of Colorado School of Medicine. I serve as a Medical Director of Clinical Microbiology Laboratory and an Associate Medical Director of Infection Control and Prevention at the Children's Hospital of Colorado.

2. I am Board Certified by American Board of Pediatrics and American Board of Pediatric Infectious Diseases.

3. I have been a member of Christian Medical and Dental Association, American Academy of Pediatrics, Pediatric Infectious Disease Society, Infectious Disease Society of America, and American Society of Microbiology. I was a member of Founding Delegation, *Doctors on Call for Service, Democratic Republic of Congo* in 1995.

4. Prior to my current position, I conducted basic science and epidemiology research on coronaviruses for over ten years and have been preparing and providing regular "COVID-19 Updates" through on-line townhalls to community providers and Children's Hospital Faculty and Pediatric Residents and Fellows.

5. A special focus of mine has been MIS-C (Multisystem Inflammatory Syndrome in Children) incidence in pediatric patients due to COVID-19.

6. Based on my experience, infants and children can get infected by and transmit the SARS-CoV-2 virus that causes COVID-19. We have treated a number of children with COVID-19 at the Children's Hospital over the past 19 months, including a number of children who were severely ill and admitted to the Pediatric Intensive Care Unit (PICU). We have also treated a number of

1

patients who have developed the complex and life-threatening MIS-C following an infection with SARS-CoV-2.

7. While personal protective equipment (PPE) has been quite effective in preventing the spread of provider-to-patient and patient-to-provider infections if worn correctly, we have nevertheless had provider-to-provider transmission due to more lax behavior of physicians and staff when outside of patient treatment areas.

8. However, due to the re-opening of the economy, relaxing of the lockdown and mask requirements in the community and lack of universal vaccination, SARS-CoV-2 virus has continued to spread and has mutated into a new—Delta—variant which is more highly transmissible than the prior versions. The Delta variant is now the predominant strain circulating in Colorado and the United States.

9. Rapid and mass vaccination, along with PPE in high-risk areas, such as hospitals, is the most effective way to ensure protection for patients, many of whom, due to their age, cannot be vaccinated.

10. Further, correctly used PPE, while effective in preventing day-to-day transmissions, will not end this pandemic. The only way to prevent future virus mutations and achieve herd immunity in the community to stop the mass hospitalizations and deaths caused by the SARS-CoV-2 virus is through mass vaccination.

11. The CDC is still in the process of determining what percentage of the population must be vaccinated to develop herd immunity. Based on my experience, given the highly transmissible nature of this virus, it is my opinion that we would likely need at least 80% to 90% percent vaccination rates in the community to be able to control the spread and further mutation of the virus.

12. As a pediatrician, it is my duty and obligation to do whatever is possible to protect my patients, as well as myself, so I can continue to provide continuous care at the time when I am needed the most. Vaccination combined with PPE is the most effective way to achieve that goal.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this \_\_12\_\_ day of October, 2021.

Samuel R. Dominguez, M.D., Ph.D.