**EXHIBIT E**

# DECLARATION OF SHANTA M. ZIMMER, MD

I, Shanta Zimmer, state as follows:

1. I am a Professor at the University of Colorado School of Medicine. I serve as the Senior Associate Dean for Education and Associate Dean for Diversity and Inclusion in the School of Medicine. I was recruited in June 2016 from the University of Pittsburgh where I was the internal medicine residency program director and also Co-Principal Investigator on a respiratory viral transmission study among children in Pittsburgh schools.

2. I hold board certifications in Internal Medicine and Infectious Diseases. I am a member of the American College of Physicians and Infectious Diseases Society of America.

3. I have a Doctor of Medicine degree from Emory University School of Medicine in Atlanta, GA and a Bachelor's degree from the Catholic University of America in Washington, DC.

4. During the height of the COVID-19 pandemic, I volunteered for extra inpatient infectious disease and internal medicine ward time in our hospital. In March-June 2020, I routinely rounded on hospital services that included only COVID-19 patients and in the ICUs. I took care of young and old patients with COVID-19, including pregnant women. I watched many COVID-19 patients die or stay in the hospital for months. Some patients I cared for were multiple members of large families. I had the devastating experience of telling family members via iPads and interpreters about the decline and ultimate death of their loved ones.

5. Many patients hospitalized at UCH were from minority backgrounds. I mentored medical student projects in research around this disparity and organized a COVID elective for MD, PA, and public health students during the first two months of the pandemic.

6. I was also invited to give grand rounds to the department of medicine on health disparities and poor outcomes of minority patients with COVID-19.

7. I worked with critical care physicians to collect information about risk factors and predictive variables for severe outcomes in patients. These results helped inform decisions about early treatment and also resulted in a publication.

8. My husband is a pulmonologist, asthma specialist and ICU doctor at UCH. We were both impacted by the 100s of patients we saw who died with COVID, often fearing intubation and resisting it even when necessary because they understood the risk of death. Because we both were working clinically during the pandemic, our children and families were also significantly affected by the pandemic.

9. My husband also happens to be Mexican; caring for the large, uninsured Hispanic (many of them Mexican) population who made up many of the critically ill patients in the ICUs over the last several months was personally taxing for him.

10. As soon as the vaccine became available, we both volunteered many weekends to administer vaccines both at UCHealth-run clinics in communities and also at churches where the focus was Latino outreach. Between the two of us, we personally vaccinated more than a 1000 community members in and around Denver. We also worked to organize trainees, students, and colleagues to participate in these vaccine clinics.

11. On the inpatient hospital services, our medical students work very closely on a team with 2-3 residents and an attending physician, as well as nursing staff, pharmacy residents and students and social workers. Students see multiple patients and examine them closely every day. Team work is done at nurses' stations and in work rooms which is also often where masks are removed for eating and drinking during 12 hour + shifts in the hospital.

12. In the ICU, the students are part of larger teams that round for several hours with the attending physician at the bedside of critically ill patients. Students examine patients, talk

with family members and sit with team members throughout the day at the nursing station in the ICU. They also interact with consultants, often going to the bedside with them. Students perform procedures under close supervision of faculty and residents. They are often standing within inches of one another and sometimes even touching as procedures are being done.

13. While masking (and often face shields or eye protection) is mandatory in the clinical settings, it is impossible to adhere to continuous masking throughout a long day at work. Additionally, team members do not know who is unvaccinated and most likely assume that everyone is. This could result in increased risky behaviors, as teammates unmask with the expectation that their colleagues are all vaccinated.

14. In some of our clinical sites where immunocompromised patients are seen (patients with HIV, transplant, cancer, etc.), unvaccinated providers are not allowed to work with patients. This includes students.

15. Vaccines and NPI (masks, distancing, closures) are important tools in our armamentarium to protect our vulnerable fellow citizens who may not have the same ability we have to be vaccinated or to stay home, work safely or avoid high risk areas.

16. It is, to some extent, a numbers game, the more vaccinated faculty, staff, and students on campus, the safer the campus community is. Thus, allowing only narrow medical exemptions keeps the number of unvaccinated individuals on campus very low and allows achievement of herd immunity, the ultimate goal in stopping the pandemic.

17. Herd immunity is the only way for the pandemic to end. Higher levels of immunity lead to decreased opportunity for viral mutations. Mutations occur at random in the process of transmission. If the virus cannot infect another host, then mutations will not occur and the last infected person becomes the "dead end."

18. As physicians, it is our professional and ethical obligation to put the interests of our patients above our own. There are many examples where we sacrifice or compromise our religious beliefs and practices in order to fulfill our professional obligations. These include forgoing prayer times when patient care comes first, breaking required religious fasts in order to continue a procedure or surgery, using life-saving medications that may have been researched through a process we disagree with if requested by our patients, and discussing options for patient care that we may personally be opposed to, if doing so serves the best interest of the patient.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 12th day of October, 2021.

Shanta M. Zimmer, MD