# DECLARATION OF MYRON J. LEVIN, M.D.

EXHIBIT F

I, Myron J. Levin, state as follows:

1. I am a physician with a medical specialty training in infectious diseases. This includes training in both pediatric and adult infectious diseases at Harvard Medical School and the National Institutes of Health. I initiated the infectious diseases section at the Sidney Farber Cancer Institute in Boston.

2. Since 1982, I have been a Professor of Pediatrics and Medicine at the University of Colorado School of Medicine, and I currently maintain a Vaccine Research Clinic on campus. I have done research on vaccines for more than 50 years and worked on, or developed, numerous currently-used vaccines.

3. I participate in the HIV clinic for children at Children's Hospital of Colorado for approximately 15% of my time. My remaining time is spent on clinical research that is related to new vaccines and methods to prevent infection.

4. I am familiar with and have used HEK-293 cell line in my research.

5. HEK-293 is a permanent line of cells that is considered "immortal;" meaning that the cells can be saved, frozen, divided and can continually grow in tissue culture in the laboratory. It remains unclear whether HEK-293 originated from an aborted fetus or a miscarriage. The HEK-293 cells that were originally acquired in 1977 evolved through multiple, serial passage in artificial culture media, which was sometimes varied. In addition, genetic material from a virus (adenovirus) was added into the DNA of the HEK-293 cells. This resulted in favorable growth characteristics in tissue culture and ability to support the growth of viruses. The actual microscopic appearance of the cells was altered.

6. These "derivative" cell changes occur because when cells are grown in artificial culture media they mutate some of their genes to better support their growth in artificial conditions - as opposed to those of human tissue. Changes in these cells are considered an evolutionary response to the altered growth conditions. In addition, the addition of adenoviral genes alters the cell line characteristics. As a consequence, the genetic structure of HEK-293 cells is greatly altered from similar genes in the originating fetus and the cells are very different from the original fetal cells.

7. HEK-293 cells are generally used in the development of drugs and vaccines. They can be used at any (sometimes all) stages of product development. They may be used for testing to understand the effect(s) of drugs or viruses on the normal growth and metabolism of these cells (as a surrogate for human tissue). They may be used to support the growth of viruses so that sufficient virus is available for analysis. They may be used to prepare large amounts of viral antigen (or whole viruses) for vaccine; and they may be used in systems that measure the amount of virus present in a preparation or the magnitude of the immune response that follows administration of a vaccine.

8. HEK-293 cells were used by Moderna and Pfizer-BioNTech to test the mRNA COVID-19 vaccines. mRNA is a type of molecule that translates information in genes in DNA to make the proteins that constitute cells and viruses. In the case of COVID-19, the specific mRNA of interest is used to make the spike protein, which the body reacts to (in infection or after vaccination). The vaccine adds this mRNA to cells by administration into muscle by injection. The mRNA vaccines were made in a non-human cell line. The HEK-293 cell line was used to measure the immunity (antibodies) stimulated by these vaccines.

9. The J&J vaccine is of a different type – called vectored vaccines. With this approach, the spike protein gene is added to a human adenovirus 26, which carries the spike protein gene into the cell. Once in the cell, this gene results in many copies of the spike protein gene are made, and the immune system stimulated. The adenovirus carrier does not do any harm because it is designed to infect cells, but not grow in them. The J&J vaccine was made using a different fetal cell line, PER.C6, and the immune response to this vaccine was also measured in these cells.

10. In the decades since the original HEK-293 cells were first isolated, these derivative cells have been used in the development or testing of numerous drugs and vaccines, (see attached list) including but not limited to the following: Acetaminophen (Tylenol), Ibuprofen (Advil, Motrin), Benadryl, Claritin, Tums, Lipitor, Albuterol, Azithromycin, vaccines for Rubella, Chickenpox, Rabies, Hepatitis A, among others.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 12th day of October, 2021.

           _s/ Myron Levin_____
           Myron J. Levin, M.D.

           *(Original signature on file)*

# Drugs developed or tested on HEK-293 cells

Prepared October 8, 2021

Human embryonic kidney 293 cells, also often referred to as HEK 293, HEK-293, 293 cells, or less precisely as HEK cells, are a specific immortalised cell line derived from an aborted fetus or human embryonic kidney cells grown in tissue culture taken from a female fetus in 1973.[1–2] HEK-293 cells are commonly used in basic research applications such as drug development. It is often stated that as a modern cell line so far removed from its original source, that they are not considered fetal tissue.[3] Below are lists of common over-the-counter and prescription medications that were tested on HEK-293 or derivative cells. Brand names are listed for clarity only. Note that this list is not exhaustive; a complete list would be extremely long given the ubiquitous use of HEK-293 and related cell lines, and would require extensive research to compile.

***Common over-the-counter medications that were tested on HEK-293 or derivative cells***

1. Acetaminophen / Tylenol[4,5]
2. Ibuprofen / Advil / Motrin[6,7]
3. Acetylsalicylic Acid / Aspirin[8,9]
4. Naproxen / Aleve[10,11]
5. Pseudoephridrine / Sudafed[12,13]
6. Diphenhydramine / Benadryl[14,15]
7. Loratadine / Claritin[16,17]
8. Dextromethorphan / Robitussin[18,19]
9. Guaifenesin / Mucinex[20]
10. Calcium Carbonate / Tums[21,22]
11. Aluminum Hydroxide and Magnesium Hydroxide / Maalox[23]
12. Docusate / Colace / Ex-Lax[24,25]

***Example prescription medications that were tested on HEK-293 or derivative cells***

1. Atorvastatin / Lipitor[26,27]
2. Omeprazole / Prilosec[28,29]
3. Albuterol[30,31]
4. Hydroxychloroquine[32,33]
5. Remdesivir[34]
6. Metformin[35,36]
7. Azithromycin / Zithromax[37,38]
8. Sertraline / Zoloft[39,40]

*References*

1. Kavsan, V. M., Iershov, A. V. & Balynska, O. V. Immortalized cells and one oncogene in malignant transformation: old insights on new explanation. *BMC Cell Biol.* **12**, 23 (2011).
2. Rev. Nicanor Pier Giorgio Austriaco, O. P. *et al.* Moral guidance on using COVID-19 vaccines developed with human fetal cell lines. https://www.thepublicdiscourse.com/2020/05/63752/ (2020).
3. Regalado, A. Trump's antibody treatment was tested using cells originally derived from an abortion. *MIT Technology Review* (2020).
4. Stueber, T. *et al.* Activation of the capsaicin-receptor TRPV1 by the acetaminophen metabolite N-arachidonoylaminophenol results in cytotoxicity. *Life Sci.* **194**, 67–74 (2018).
5. Eberhardt, M. J. *et al.* Reactive metabolites of acetaminophen activate and sensitize the capsaicin receptor TRPV1. *Sci. Rep.* **7**, 12775 (2017).
6. Park, E.-K., Mak, S. K., Kültz, D. & Hammock, B. D. Determination of cytotoxicity of nephrotoxins on murine and human kidney cell lines. *J. Environ. Sci. Health B* **43**, 71–74 (2008).
7. Wang, J. *et al.* Contrasting effects of diclofenac and ibuprofen on active imatinib uptake into leukaemic cells. *Br. J. Cancer* **106**, 1772–1778 (2012).
8. Maurer, K. *et al.* Acetylsalicylic acid enhances tachyphylaxis of repetitive capsaicin responses in TRPV1-GFP expressing HEK293 cells. *Neurosci. Lett.* **563**, 101–106 (2014).
9. Choi, H. W. *et al.* A genome-wide screen for human salicylic acid (SA)-binding proteins reveals targets through which SA may influence development of various diseases. *Sci. Rep.* **9**, 13084 (2019).
10. Hautaniemi, T., Petrenko, N., Skorinkin, A. & Giniatullin, R. The inhibitory action of the antimigraine nonsteroidal anti-inflammatory drug naproxen on P2X3 receptor-mediated responses in rat trigeminal neurons. *Neuroscience* **209**, 32–38 (2012).
11. Koga, T., Fujiwara, R., Nakajima, M. & Yokoi, T. Toxicological evaluation of acyl glucuronides of nonsteroidal anti-inflammatory drugs using human embryonic kidney 293 cells stably expressing human UDP-glucuronosyltransferase and human hepatocytes. *Drug Metab. Dispos.* **39**, 54–60 (2011).
12. Lee, S. H., Lee, H.-S., Park, G., Oh, S.-M. & Oh, D.-S. Dual actions on gout flare and acute kidney injury along with enhanced renal transporter activities by Yokuininto, a Kampo medicine. *BMC Complement. Altern. Med.* **19**, 57 (2019).
13. Ma, G. *et al.* Pharmacological Effects of Ephedrine Alkaloids on Human α1- and α2-Adrenergic Receptor Subtypes. *Journal of Pharmacology and Experimental Therapeutics* vol. 322 214–221 (2007).
14. Diphenhydramine. https://transportal.compbio.ucsf.edu/compounds/diphenhydramine/.
15. Liu, B., Zhang, X., Wang, C., Zhang, G. & Zhang, H. Antihistamine mepyramine directly inhibits KCNQ/M channel and depolarizes rat superior cervical ganglion neurons. *Neuropharmacology* **54**, 629–639 (2008).
16. Chiu, P. J. S. *et al.* Validation of a [3H]astemizole binding assay in HEK293 cells expressing HERG K+ channels. *J. Pharmacol. Sci.* **95**, 311–319 (2004).
17. Crumb, W. J., Jr. Loratadine blockade of K(+) channels in human heart: comparison with terfenadine under physiological conditions. *J. Pharmacol. Exp. Ther.* **292**, 261–264 (2000).

18. Hu, T. *et al.* Dextromethorphan - A widely-used cough suppressant - Induces local anaphylaxis via MRGPRX2 on mast cells. *Chem. Biol. Interact.* **330**, 109248 (2020).
19. Grant, E. R. *et al.* N-methyl-D-aspartate receptors expressed in a nonneuronal cell line mediate subunit-specific increases in free intracellular calcium. *J. Biol. Chem.* **272**, 647–656 (1997).
20. Thawabteh, A. *et al.* Bitterless guaifenesin prodrugs-design, synthesis, characterization, in vitro kinetics, and bitterness studies. *Chem. Biol. Drug Des.* **93**, 262–271 (2019).
21. Wang, C.-Q., Wu, J.-L., Zhuo, R.-X. & Cheng, S.-X. Protamine sulfate-calcium carbonate-plasmid DNA ternary nanoparticles for efficient gene delivery. *Mol. Biosyst.* **10**, 672–678 (2014).
22. Zhao, D., Wang, C.-Q., Zhuo, R.-X. & Cheng, S.-X. Modification of nanostructured calcium carbonate for efficient gene delivery. *Colloids Surf. B Biointerfaces* **118**, 111–116 (2014).
23. *Clinical Pharmacology Review Dolutegravir, GSK1349572*. https://www.fda.gov/media/86818/download (2012).
24. Łukasiewicz, S. & Szczepanowicz, K. In vitro interaction of polyelectrolyte nanocapsules with model cells. *Langmuir* **30**, 1100–1107 (2014).
25. Zou, L. *et al.* Interactions of Oral Molecular Excipients with Breast Cancer Resistance Protein, BCRP. *Mol. Pharm.* **17**, 748–756 (2020).
26. Li, M., Liu, Y., Dutt, P., Fanburg, B. L. & Toksoz, D. Inhibition of serotonin-induced mitogenesis, migration, and ERK MAPK nuclear translocation in vascular smooth muscle cells by atorvastatin. *Am. J. Physiol. Lung Cell. Mol. Physiol.* **293**, L463–71 (2007).
27. Blattmann, P. *et al.* Systems Pharmacology Dissection of Cholesterol Regulation Reveals Determinants of Large Pharmacodynamic Variability between Cell Lines. *Cell Syst* **5**, 604–619.e7 (2017).
28. Cartee, N. M. P. & Wang, M. M. Binding of omeprazole to protein targets identified by monoclonal antibodies. *PLoS One* **15**, e0239464 (2020).
29. Choi, S., Min, H. J., Kim, M., Hwang, E. S. & Lee, K. Proton pump inhibitors exert anti-allergic effects by reducing TCTP secretion. *PLoS One* **4**, e5732 (2009).
30. Salomon, J. J. *et al.* Beta-2 Adrenergic Agonists Are Substrates and Inhibitors of Human Organic Cation Transporter 1. *Mol. Pharm.* **12**, 2633–2641 (2015).
31. Drysdale, C. M. *et al.* Complex promoter and coding region beta 2-adrenergic receptor haplotypes alter receptor expression and predict in vivo responsiveness. *Proc. Natl. Acad. Sci. U. S. A.* **97**, 10483–10488 (2000).
32. Yang, J. *et al.* Cytotoxicity evaluation of chloroquine and hydroxychloroquine in multiple cell lines and tissues by dynamic imaging system and PBPK model. doi:10.1101/2020.04.22.056762.
33. Xu, C. *et al.* Chloroquine and Hydroxychloroquine Are Novel Inhibitors of Human Organic Anion Transporting Polypeptide 1A2. *J. Pharm. Sci.* **105**, 884–890 (2016).
34. Choi, S. W. *et al.* Antiviral activity and safety of remdesivir against SARS-CoV-2 infection in human pluripotent stem cell-derived cardiomyocytes. *Antiviral Res.* **184**, 104955 (2020).
35. Buac, D., Kona, F. R., Seth, A. K. & Dou, Q. P. Regulation of metformin response by breast cancer associated gene 2. *Neoplasia* **15**, 1379–1390 (2013).
36. Safari, Z. *et al.* The Induction of Metformin Inhibitory Effects on Tumor Cell Growth in Hypoxic Condition. *Iran. J. Allergy Asthma Immunol.* **14**, 605–614 (2015).

37. Yang, Z. *et al.* Azithromycin Causes a Novel Proarrhythmic Syndrome. *Circ. Arrhythm. Electrophysiol.* **10**, (2017).
38. Du, X. *et al.* Direct inhibitory effect on viral entry of influenza A and SARS-CoV-2 viruses by azithromycin. *Cell Prolif.* **54**, e12953 (2021).
39. Lee, H.-A., Kim, K.-S., Hyun, S.-A., Park, S.-G. & Kim, S. J. Wide spectrum of inhibitory effects of sertraline on cardiac ion channels. *Korean J. Physiol. Pharmacol.* **16**, 327–332 (2012).
40. Blom, T. *et al.* Selective serotonin reuptake inhibitors (SSRIs) prevent meta-iodobenzylguanidine (MIBG) uptake in platelets without affecting neuroblastoma tumor uptake. *EJNMMI Res.* **10**, 78 (2020).