# DECLARATION OF BRIAN M. JACKSON, MD, MA

**EXHIBIT G**

I, Brian Jackson, state as follows:

1. I am an Assistant Professor of Pediatrics at the University of Colorado Anschutz Medical Campus School of Medicine. I practice pediatric critical care medicine and serve as an attending physician in the pediatric intensive care unit (PICU) at Children's Hospital Colorado's Anschutz location.

2. I hold a Doctor of Medicine degree from George Washington University and a Master of Arts in Bioethics and Health Policy from Loyola University, Chicago. I am Board-Certified in Pediatrics and in Pediatric Critical Care.

3. I serve as a member of Child Fatality Prevention System State Review Team appointed by the Governor. I also serve as a Co-Chair of the Colorado Multiple Institutional Review Board (Pediatrics) and a Co-Chair of the Ethics Committee at the Children's Hospital Colorado.

4. I hold a Health Care Ethics Consultant Certification from American Society for Bioethics and Humanities.

5. Pediatric critical care medicine is a subspecialty within the field of pediatrics which focuses on treating children with severe and often life-threatening illnesses. The diagnoses seen in pediatric critical care medicine are diverse and include illnesses from every area of pediatrics. Some of our more common diagnoses include respiratory illnesses (severe pneumonia, asthma, and bronchiolitis), traumatic injuries, various forms of cancer, post-operative recovery from major elective surgeries, severe infections (sepsis), and endocrine disorders (diabetic ketoacidosis).

6. The PICU normally cares for patients from 30 days old to 21 years old.

7. Children admitted to the PICU are more likely than children admitted to the general hospital ward to have complex chronic medical conditions requiring longer stays and more ICU interventions, and these children are more likely to have severe COVID-19 infections if infected with the SARS-CoV-2 virus.

8. The PICU physician interacts with more patients in a shift than other members of the care team. In addition, the PICU physician interacts with nurses, respiratory therapists, parents or guardians, a pharmacist, a dietitian, and occupational, speech, and physical therapists, depending on the patient's needs.

9. As a bioethicist, I am aware that some vaccines, including the COVID-19 vaccines, as well as many medications that we routinely use or prescribe for our patients, have been developed or tested on fetal cell lines, including HEK-293.

10. It is not definitively known whether the HEK-293 cell line was obtained from a fetus that was aborted or whether it was miscarried in early 1970s in the Netherlands.

11. As physicians, we routinely confront religious, ethical, and moral dilemmas regarding the sources of research that have given rise to modern life-saving medicine, such as research developed from Nazi experiments, fetal cell lines, and embryonic stem cell research, among others.

12. A core component of medical ethics for physicians is the obligation of the physician to place the patient's interest above the physician's interest. The American Medical Association Code of Ethics, for example, lists as a core principle of medical ethics that "A physician shall, while caring for a patient, regard responsibility to the patient as paramount."

13. In accordance with his or her ethical obligations, a physician is obligated to respect a patient's informed decision about their care, even when the physician's own moral views are violated.

14. Patients in the PICU are in a particularly vulnerable state because they usually are not able to make an informed choice about which hospital or physician should provide their care because they require care emergently. Patients' (and their legal representatives') inability to choose where and from whom to obtain care increases the obligation on the part of their healthcare team to promote their interest.

15. Many of our patients in PICU are not vaccinated against COVID-19 due to their age and/or underlying medical conditions.

16. Vaccination of the providers, combined with PPE, is the most effective way for us to protect our patients and ourselves from COVID-19.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 11th day of October, 2021.

Brian M. Jackson, MD, MA