EXHIBIT J

## DECLARATION OF MATTHEW K. WYNIA, MD, MPH, FACP

I, Matthew K. Wynia, state as follows:

1. I am a Professor at the University of Colorado School of Medicine and Colorado School of Public Health. I serve as the Director of the Center for Bioethics and Humanities at the University of Colorado.

2. The Center for Bioethics and Humanities serves as a resource for clinical and organizational ethics, a forum for public learning and deliberation, and a catalyst for improving health and health care in Colorado and the United States.

3. I hold a Doctor of Medicine degree from Oregon Health Sciences University, School of Medicine and a Masters of Public Health from Harvard University School of Public Health, Department of Health Policy and Management. I am board-certified in both Internal Medicine and Infectious Diseases by the American Board of Internal Medicine.

4. I have served on the Board of Directors and as President of the American Society for Bioethics and Humanities and on the Ethics and Professionalism Committee of the American Board of Medical Specialties, and for over 10 years I led the Institute for Ethics of the American Medical Association.

5. I am familiar with religious concepts in bioethics, including Catholic bioethics.

6. There has been a debate in Catholic bioethics at least for the past 20 years as to whether vaccines developed or tested using fetal cell lines are morally acceptable.

7. The Vatican's doctrinal office, the Congregation for the Doctrine of Faith (CDF), has determined that it is "morally acceptable" for Catholics to take the vaccines against COVID-19. In fact, the Pope himself said it would be "suicide"—a sin in Catholicism—not to get the vaccine.

8. As physicians, we have confronted religious, ethical and moral dilemmas regarding the use in modern medicine of information obtained from research conducted in a less than ethical manner, up to and including debates on using information from egregiously unethical research such as from Nazi experiments or from the US Public Health Service Study at Tuskegee (the infamous "Tuskegee Syphilis Study"). *See* https://www.ama-assn.org/delivering-care/ethics/release-data-unethical-experiments.

9. In light of the very widespread prior use of fetal cells in developing and testing many modern therapeutic agents, it is my professional opinion that a physician who has an unsurmountable problem with using or prescribing all vaccines and drugs potentially developed or tested using fetal cell lines cannot effectively practice modern medicine.

10. A core concept of health ethics is to serve the best interests of our patients and not our own self interests.

11. "First, do no harm" is one way in which the professional obligation to prioritize the interest of our patients has been expressed.

12. As a specialist in infectious diseases and public health, it is my opinion that the evidence is clear that vaccination of health care providers combined with appropriate use of PPE is the most effective way for us to protect our patients (and ourselves) from COVID-19. Both steps are recommended by experts in respiratory viral control and are especially important when caring for patients who are at higher risk of contracting COVID or having worse outcomes, including children not yet eligible for vaccination and those with immune compromising or other comorbid conditions.

13. It is my opinion, as a bioethicist with a career-long focus on medical professional ethics, that it is our duty, as physicians, to receive the vaccine, absent a medical contraindication such as prior anaphylactic shock to the vaccine or one of its ingredients.

14. As an infectious disease specialist, it is my opinion that universal vaccination is the only safe and effective method for halting widespread community transmission and reducing the concomitant risk of further virus mutations. Seeking to achieve "herd immunity" by allowing individuals in the community to acquire immunity through getting sick is exceedingly dangerous and deadly, as demonstrated by the number of deaths experienced in the United States alone over the past 19 months.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this __12th_____ day of October, 2021.

                                                                                                    _____
                                                                                                     Matthew K. Wynia, MD, MPH, FACP