
**From:** Vaccine Verify
**Sent:** Thursday, August 26, 2021 10:18 AM
**To:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ @childrenscolorado.org>
**Subject:** RE: Your Vaccine Religious Exemption Request

Please review the university's response to your exemption request attached.

The CU Anschutz Vaccine Verification Team
vaccineverify@cuanschutz.edu



**From:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ @childrenscolorado.org>
**Sent:** Sunday, August 22, 2021 11:14 PM
**To:** Vaccine Verify <vaccineverify@cuanschutz.edu>
**Subject:** Re: Your Vaccine Religious Exemption Request

Response to questions regarding SARS CoV-2 vaccination:

1. As a faithful Catholic, I uphold the dignity and sanctity of every human life and firmly oppose abortion and the evil involved in the use of cell lines derived from abortions. All 3 available emergent-use authorized vaccines in the U.S. - Moderna, Pfizer-BioNTech, and Johnson & Johnson - used the abortion-derived cell lines (HEK293) in one or more phases of developing the SARS CoV-2 vaccine.
2. I have had other vaccines; including influenza - which does not utilize unethically derived cell lines.

▬▬▬▬▬▬▬▬ MD, MS Bioethics

**From:** Vaccine Verify <vaccineverify@cuanschutz.edu>
**Sent:** Friday, August 20, 2021 5:38 PM
**Subject:** Your Vaccine Religious Exemption Request

Dear Employee,

You have submitted a request for an exemption from the vaccination requirements set forth in the campus policy based on a religious exemption.  In order to evaluate that request we need you to respond completely to the questions below within 2 business days of recipient of this email.  After this information has been reviewed you will be advised as to whether you request for an exemption has been approved or rejected.

Thank you for your prompt attention.

The CU Anschutz Vaccine Verification Team
vaccineverification@cuanschutz.edu



1. **Please explain why your sincerely held religious belief, practice, or observance prevents you from getting the vaccination for which you are requesting an exemption?  Please include a detailed response for each vaccine for which you are requesting an exemption.**

2. **Have you had an influenza or other vaccine in the past? How does this differ?**

---

CONFIDENTIALITY NOTICE:  This e-mail, including any attachments, is for the sole use of Childrens Hospital Colorado and the intended recipient(s). It may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

---

CONFIDENTIALITY NOTICE:  This e-mail, including any attachments, is for the sole use of Childrens Hospital Colorado and the intended recipient(s). It may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

---