EXHIBIT
M

### DECLARATION OF CHANCELLOR DONALD "DON" M. ELLIMAN, JR.

I, Chancellor Don Elliman, state as follows:

1. I am Chancellor of the University of Colorado Anschutz Medical Campus ("CU Anschutz") since 2012. I am also the Chair of the University of Colorado Hospital Authority.

2. CU Anschutz is the largest academic health center in the Rocky Mountain region. It includes multiple health professional schools: the School of Medicine, the College of Nursing, the Skaggs School of Pharmacy and Pharmaceutical Sciences, the School of Dental Medicine, the Colorado School of Public Health, and a Graduate School that offers master's degrees, doctoral degrees, graduate certificates, and non-degree options in disciplines including Biomedical Sciences, Nursing, Pharmaceutical Sciences, Public Affairs, and Public Health.

3. CU Anschutz is affiliated with two teaching hospitals, UC Health University of Colorado Hospital and Children's Hospital Colorado. It also partners with the Rocky Mountain VA Medical Center, Denver Health Medical Center, and National Jewish Health.

4. CU Anschutz faculty and students provide care at multiple locations of UC Health University of Colorado Hospital: on the main medical school campus in Aurora, as well as in Highlands Ranch, Broomfield, and Colorado Springs. UC Health also has multiple outpatient care clinics throughout the state, where healthcare professionals who are CU Anschutz faculty provide direct patient care.

5. CU Anschutz faculty and students also provide care at Children's Colorado Hospital located on the main medical school campus in Aurora, as well as at Children's Colorado Hospital locations in Highlands Ranch, Broomfield, and Colorado Springs.

6.  CU Anschutz is also affiliated with multiple centers and institutes that provide patient care and/or research, such as the Rocky Mountain Multiple Sclerosis Center and the Linda Crnic Institute for Down Syndrome.

7.  Together, across multiple locations throughout the state of Colorado, CU Anschutz faculty, staff, and students provide care to approximately 2.1 million patients each year.

8.  The health and safety of these patients, their families and communities, along with the health and safety of our faculty, staff, and students, is of utmost importance to me.

9.  Because COVID-19 infections threaten the health and safety of our campus and our communities, I joined with then-President Mark Kennedy and all the Chancellors of the University of Colorado campuses to require COVID-19 vaccinations for all students, faculty, and staff.

10. CU Anschutz, as the only medical school in the state of Colorado and as one of the largest healthcare providers in the state, takes its responsibility to promote public health seriously.

11. Toward that goal, CU Anschutz has enacted a policy to safeguard the health of our patients and the community at large by helping create "herd immunity" to the virus that causes COVID-19, in order to finally stop the devastating pandemic.

12. In addition to making faculty, staff, and students safer, vaccination is good for public health. It lowers the rates of infection on campuses, and therefore, lowers the risk of transmission to patients and their families who seek treatment on those campuses. It also lowers the rate of infection in the community, because when those patients and their families return to their homes throughout the state and the region, there is a decreased likelihood that they bring COVID-19 infection with them. Preventing transmission of COVID-19 in the community prevents severe illnesses and death, lowers the number of individuals with COVID-19 who

need critical care, and therefore frees up resources to provide care for patients with other medical needs.

13. CU Anschutz offers only medical and religious exemptions to its COVID-19 vaccination requirement. To date, only a handful medical exemptions have been granted. We have not granted a religious exemption to any employee. To ensure continuity of business operations, some jobs were modified to remote-only with no access to campus facilities for the foreseeable future.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 12th day of October, 2021.

_____
Donald "Don" M. Elliman, Jr.