**EXHIBIT N**

University of Colorado
Anschutz Medical Campus

**Division of Infectious Diseases**
Department of Medicine

Mail Stop B168
12700 E. 19th Avenue  |  Aurora, CO 80045
**f** 303 724 4926
ucdenver.edu/InfectiousDiseases

# DECLARATION OF BRIAN MONTAGUE, DO, MS, MPH

I, Brian Montague, state as follows:

1. I am an Associate Professor of Infectious Disease at the University of Colorado School of Medicine. I hold board certification in Internal Medicine, Clinical Informatics, and Infectious Diseases.

2. I provide inpatient and outpatient clinical consultation in Infectious Disease at the University of Colorado Hospital. I have served as a Medical Advisor to Employee Health at the University of Colorado Hospital and Medical Director for the Occupational Health for the University of Colorado Denver since July of 2017.

3. I have been a coinvestigator on multiple clinical studies related to SARS-CoV-2 infection including serologic screening studies among high-risk first responders and clinical trials of the use monoclonal antibodies for prevention.

4. On June 2, 2021, Chancellor Don Elliman of the University of Colorado's Anschutz Medical Campus decided to enact a campus policy requiring all students, staff, and faculty on the Anschutz Medical Campus to be vaccinated against COVID-19. Students, staff, and faculty were to be vaccinated against COVID-19 by September 1, 2021, and that requirement was communicated multiple times through emails to the entire campus community beginning in June.

5. As part of my role within the Department of Occupational Health and Safety and beginning in June 2021, I started reviewing all requests for medical exemption from the COVID-19 vaccination requirement that were submitted by students, staff, and faculty on the Anschutz Medical Campus. Based on review of the provided documentation, I consult the relevant literature and experts to determine whether the requestor presents evidence of having a known medical contraindication to COVID-19 vaccination. This assessment is based on the current recommendations from the CDC, FDA, ACIP and other relevant expert panels.

6. Based upon my findings, I make recommendations to either approve or deny requests.

7. For students, staff, and faculty who present a known contraindication to the vaccine, the Anschutz Medical Campus Vaccine Exemption Team works with the relevant decisionmaker to perform an analysis, under the Americans with Disabilities Act or Section 504 of the Rehabilitation Act, as to whether the University can reasonably accommodate the requestor and allow them to continue performing their job duties or attend their classes.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this __11th__ day of October, 2021.

*Brian Montague D.O.*

_____

Brian Montague, DO, MS, MPH