## DECLARATION OF SCOTT FRENCH, M.D.

1.      I am a board-certified emergency physician with an active practice and significant experience in prevention of COVID-19 spread, diagnosing, treating, and managing COVID-19 patients in several states. In addition, I have extensive prior experience in population management and disease management as Chief Medical Officer of a large health plan in California.

2.      My experience also includes full-time faculty positions at Stanford University Medical School and University of North Carolina Medical School, and several other part time clinical faculty appointments, including the University of Washington, Oregon Health Systems University, and Emory University.  In my teaching capacity I thus have considerable knowledge and experience in teaching immunology, as well viral pathogen prevention, diagnosis, treatment, and management.

3.      I have been asked to provide expert medical testimony by the Plaintiffs in this case.

4.      All medical/public health interventions are ever evolving and based on the best available science at the time. The interventions in response to the pandemic COVID-19 in 2020 provide a prime example of how our understanding of COVID-19 was ever evolving. Initial morbidity/mortality expectations were fortunately much less severe than predicted, particularly with respect to healthy youth and young adults.

5.      All medical/public health interventions have beneficial and harmful effects and thus it is always prudent to fully explore the risk/benefit ratio of any intervention for an individual. A very simplistic yet illustrative example is appendicitis. While there is a risk of dying as a result of anesthesia or surgical complications in removing the appendix, the risk of

1

dying without the life-saving surgery and antibiotics is far greater. Thus, in the case of appendicitis, there is a favorable risk/benefit in undergoing surgical removal of the appendix.

6.      Numerous individual factors determine morbidity and mortality, and there are often sex and age differences in the complications, as well as morbidity and mortality of a pathogen such as COVID-19.

7.      We must take the same individualized approach with respect to the vaccine mandate at the University of Colorado Anschutz Medical Campus, embodied in Administrative Policy #3012 dated September 1 and 24, 2021, titled: COVID-19 Vaccination Requirement and Compliance.

8.      As physicians, we are also obliged to follow our Hippocratic Oath of "do no harm."

9.      During the early phase of the COVID-19 pandemic and prior to the availability of vaccinations, medical institutions learned how to protect their staff from spreading COVID-19 with appropriate precautions including masking, gowning, frequent hand washing, and other preventive measures. These were successfully employed and allowed clinicians to carry out their duties without harming themselves, their patients, and other staff. I am aware of no studies that demonstrate that an outbreak in a hospital occurred due to the clinicians who were adhering to the guidelines.

10.     There will be significant harm to the patients and public in Colorado, due to the fact that they will not have access to qualified physicians, and may not get the appropriate care, since some of these same physicians will be terminated. We are already seeing this tragic outcome being played out across the country.

11.     From the standpoint of a practicing physician, intimately involved in preventing, diagnosing, and treating COVID-19, I must come to a reasoned conclusion with respect to the safety, efficacy, benefit, and harms engendered by the vaccine mandate.  In order to come to a reasoned conclusion, I based my analysis on currently available relevant medical studies, cases, and literature and published official data. The analysis will cover the following areas:

A.   PPE measures instituted by hospitals and medical schools have been effective in preventing COVID-19 transmission and spread.

B.  Ethical Behavior of physicians with religious beliefs.

C.  COVID-19 Prevention.

D.  CDC Statistics on Mortality of COVID-19.

E.  Superiority of Natural Immunity in reduction of transmission of COVID-19 and variants, fatality, and length of time of immunity.

F.  Effectiveness of COVID-19 vaccine in prevention of COVID-19 disease, including the delta variant.

**A.  PPE measures instituted by hospitals and medical schools have been effective in preventing COVID-19 transmission and spread.**

12.     In March of 2020, hospitals and medical schools established protocols to prevent the spread of COVID-19 to health care workers from patients with COVID-19, and transmission to other staff and patients.

13.     Once the protocols were fully implemented, if followed, there were essentially no reports of COVID-19 being spread in these settings. Each hospital's timeline for full implementation was different. Some hospitals had full implementation by April, other hospitals took several months.

14.     As a Regional Medical Director of a large physician group during the pre-vaccine time frame, I was kept appraised of any breakthrough cases to our physicians and/or hospital

outbreak. In my 12-plus ERs and several ICUs in California, once PPE was fully implemented, there were no hospital outbreaks caused by physician staff. In addition, once the PPE was fully implemented, there was only a rare case where a physician contracted the disease. This mitigated some of the intense anxiety and stress of the physician staff. No physician wanted to contract COVID-19, nor spread COVID-19. See Ex. 1.

15.     Physicians took extreme care in protecting their families as well and were successful in that that there was no spread of COVID-19 in the home. A search of literature did not reveal any physicians causing a COVID -19 outbreak at their hospital after implementation of full PPE precautions, including the high at-risk ICU and ER physicians.

16.     There thus does not appear to be an incremental benefit of vaccination in reducing the spread of COVID-19 in healthcare settings where established hygiene and mask wearing protocols are fully implemented.

**B.  Ethical Behavior of physicians with religious beliefs.**

17.     In a 2014 survey 65.2% of physicians professed a belief in God, and 51.2% self-reported themselves as religious. See Ex. 2.

18.     Since there have not been any reports that the majority of physicians engage in unethical behavior, it is safe to assume that religious physicians are ethical. There are no studies demonstrating that religious physicians do not practice ethical medicine.

19.     I am aware there is a well-respected organization in the medical field called the "Catholic Medical Association." That Association of medical providers has specifically stated its opposition to vaccine mandates that do ***not*** include conscience and religious objections. Found at https://www.cathmed.org/resources/catholic-medical-association-opposes-vaccine-mandates-without-conscience-and-religious-exemptions/.

20.     It is true that religious physicians do not perform abortions, as they see this as doing a harm to a human being, which would also be a violation of the Hippocratic Oath.

### C.  COVID-19 Prevention.

21.     While COVID-19 mRNA vaccines have been effective in reducing morbidity and mortality among the vulnerable, the evidence indicates that the mRNA vaccines (biologicals) are not as effective in preventing infection by the Delta variant COVID-19. Just as in the common cold, many viruses mutate so rapidly, vaccines are unable to keep up. Witness influenza A, where every year a new vaccine is utilized using "best guess" on which antigens will be expressed. While there is great success, it is very far from 100% effective. COVID-19 follows viral natural laws, so will continue to mutate in an effort to slip through our immune systems. Since the recent data indicates that the COVID19 vaccine is not near 100% in stopping the spread of disease, it is thus improper for the University of Colorado Anschutz Medical Campus to hold up vaccination as the "cure-all" for prevention of the spread of COVID-19. See Ex. 3.

### D.  Superiority of Natural Immunity in reduction of transmission of COVID-19 and variants, fatality, and length of time of immunity.

22.     Due to significant advances in understanding immunology and how our immune system neutralizes viruses, we have a better understanding of the best approach in fighting highly infectious viral diseases. The natural immune system utilizes interferon, cytokines, "natural killer" T cells, memory T cells and antibody producing B cells as well as other components of the immune system.

23.     While the mRNA vaccine is a breakthrough for preventing and treating COVID19, the usual long-term studies in a wider population sample were not able to be performed.

5

24.     21st century immunology has discovered that natural immunity recognizes a broad array of antigens on the virus, as opposed to the mRNA COVID-19 biological, which induces immunity to the highly mutable spike protein.

25.     So an illustrative example would be that the mRNA vaccine (biological) looks for a virus with a small blue pointed "hat" (spike protein). Our immune system instead looks for and targets any "hat" no matter what size, color, shape, or style. In addition, for this analogy, the natural immune system also looks for the virus wearing the hat, if shoes are present on the virus, and if the virus is wearing pants/shorts/dress/bathing suit of any color, size, or shape.

26.     This translates into the fact the natural immune system is more likely to find the COVID-19 spike protein mutation called delta, in contrast to an individual's immune system with only vaccine induced immunity, which may miss the spike protein variation in delta and allow the delta variant to infect the patient and be passed to those who are unvaccinated. This is confirmed in several studies including Finland, Israel, and from the Cleveland clinic.

27.     In addition, due to memory T cells, individuals with natural immunity have much longer lasting immunity. See Ex. 4.

**E. Effectiveness of COVID-19 vaccine in prevention of COVID-19 disease, including the delta variant.**

28.     Evidence is mounting that the viral natural law of mutations, in order to elude the immune system, are operative and have resulted in reduced effectiveness of the original COVID-19 vaccination, compared to immunity acquired due to infection by COVID-19 and recovery.

29.     The UpToDate resource used by many health care professionals has a very robust and detailed explanation of the natural immune system, which the mRNA vaccine does not fully utilize.

30.     A study in Ireland revealed the prolonged immunity of those individuals that recovered from COVID-19 infection. Significantly less immunity to delta variant with COVID-19 vaccination versus natural immunity was recently shown in a study conducted in Israel. See Ex. 5.

31.     These studies on reduced immunity further support the conclusion that, for whatever benefit vaccination provides, it does not substantially reduce the spread of COVID-19 in healthcare settings where established hygiene and mask wearing protocols are fully implemented.

**F.  Public harm as well as harm to the physician students due to the vaccine mandate.**

32.     A study published on Sept 9, 2021 from the European Journal of Epidemiology has as the title of the article: "Increases in COVID-19 are unrelated to levels of vaccination across 68 countries and 2947 counties in the United States." In their summary conclusions the authors state:

> In summary, even as efforts should be made to encourage populations to get vaccinated it should be done so with humility and respect. Stigmatizing populations can do more harm than good. Importantly, other non-pharmacological prevention efforts (e.g. the importance of basic public hygiene with regards to maintaining safe distance or handwashing, promoting frequent and cheaper forms of testing) needs to be renewed in order to strike the balance of learning to live with COVID-19 in the same manner we continue to live 100 years later with various seasonal alterations of the 1918 Influenza virus." Attachment 29

The policy at issue in this lawsuit appears to violate the good counsel of this article, that encouraging vaccination be done with "humility and respect" not "stigmatizing."

Executed under penalty of perjury under the laws of the State of Colorado and the United States

of America, this 19th day of October, 2021.

_____

Dr. Scott French