IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JANE DOES 1 through 11, and JOHN DOES 1 through 7, <br><br>   Plaintiffs, <br><br>   v. <br><br> BOARD OF REGENTS of the UNIVERSITY OF COLORADO, *et al.*, <br><br>   Defendants. | No. 21 CV 2637 <br><br> The Hon. Raymond P. Moore <br> U.S. District Judge <br><br> The Hon. Kathleen M. Tafoya <br> U.S. Magistrate Judge |

### NOTICE OF APPEAL OF PLAINTIFFS JANE DOE 1 AND JOHN DOE 1 FROM OCTOBER 25, 2021, ORDER DENYING PRELIMINARY INJUNCTION

Notice is hereby given that, pursuant to 28 U.S.C. 1292(a)(1) and Federal Rule of Civil Procedure 4(a)(1)(A), Plaintiffs Jane Doe 1 and John Doe 1 appeal to the U.S. Court of Appeals for the Tenth Circuit from the October 25, 2021, Order of the District Court denying their motion for preliminary injunction (dkt. #21).

**November 24, 2021**

/s/ Peter Breen
Peter Breen
Martin Whittaker
THOMAS MORE SOCIETY
309 W. Washington Street, Ste. 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org
mwwhittaker@thomasmoresociety.org
*Counsel for Plaintiffs*

/s/ Michael McHale
Michael G. McHale
THOMAS MORE SOCIETY
10506 Burt Circle, Ste. 110
Omaha, NE 68114
402-501-8586
mmchale@thomasmoresociety.org

Joseph Brown
Theresa Lynn Sidebotham
Telios Law PLLC
19925 Monument Hill Dr
Monument, CO 80132
775-248-8147
jbb@telioslaw.com
*Counsel for Plaintiffs*