# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 21-cv-02637-RM- KMT

JANE DOES 1 through 11, and JOHN DOES 1, 3 through 7,

    Plaintiffs,

vs.

BOARD OF REGENTS of the UNIVERSITY OF COLORADO, et al.

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

The Court having read and considered Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint ("Unopposed Motion") (ECF No. 63), and being fully advised, hereby GRANTS the Unopposed Motion.

IT IS ORDERED that the Defendants have until 21 days from the date the Court rules on Plaintiffs' Renewed Motion for Preliminary Injunction to respond to Plaintiffs' Amended Complaint.

DATED this 13th day of January, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge