IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 21–cv–02637–RM–MDB

JANE DOES 1 through 11, and
JOHN DOES 1 through 7,

    Plaintiffs,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,
TODD SALIMAN, President of the University of Colorado, in his official capacity,
DONALD ELLIMAN, Chancellor of the University of Colorado Anschutz Campus, in his official & personal capacity,
SHANTA ZIMMER, Senior Associate Dean of Medical Education, University of Colorado School of Medicine, in her official & personal capacity,
ERIC MEDIAVILLA, Associate Dean for Student Affairs, University of Colorado School of Dental Medicine, in his official & personal capacity,
ANN-MICHAEL HOLLAND, Master of Science Program Director, Department of Anesthesiology, in her official & personal capacity, and
JOHN & JANE DOES 1, 3-9, members of the Vaccine Verify team, in their official & personal capacities,

    Defendants.

## ORDER OF RECUSAL

Section 455(a) of Title 28 of the United States Code states that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A federal judge must recuse when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). "The test is whether a reasonable person, knowing all the relevant facts, would

harbor doubts about the judge's impartiality." *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Upon review of the file of this case, I conclude that I must recuse myself from further service in this matter, due to my previous relationship with counsel of record for Defendants.

Accordingly, it is

**ORDERED** that I **RECUSE** myself from this case, pursuant to 28 U.S.C. § 455(a).  It is further

**ORDERED** that the Clerk of Court shall cause this case to be reassigned to another Magistrate Judge.

Dated this 3rd day of August, 2022.

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge