IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JANE DOE 1 through 10, and JOHN DOES 1 through 7, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF REGENTS of the UNIVERSITY OF COLORADO, <br><br> TODD SALIMAN, President of the University of Colorado, in his official capacity, <br><br> DONALD ELLIMAN, Chancellor of the University of Colorado Anschutz School of Medicine, in his official & personal capacity, <br><br> SHANTA ZIMMER, M.D., Senior Associate Dean of Medical Education, University of Colorado Anschutz School of Medicine, in her official & personal capacity, <br><br> JOHN & JANE DOES 1-9, members of the Vaccine Verify team, in their official & personal capacities, <br><br> Defendants. | No. 21 CV 2637 <br><br><br> The Hon. Raymond P. Moore <br> U.S. District Judge |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT[1]**

On September 29, 2021, Plaintiffs filed their Complaint for Temporary and Permanent Injunction and Damages in response to University Policy 3012, which has come to be known as the "September 1" policy under which Defendants, in violation of the law, denied all religious exemptions to the University of Colorado—Anschutz School of Medicine COVID-19

---

[1] The parties have conferred and Defendants have indicated that they oppose this motion.

1

vaccination mandate that were not predicated on a belief system that forbids all vaccinations. On November 4, 2021, Plaintiffs Amended and Supplemented their Complaint. Defendants' September 1 policy was replaced by the September 24 policy, which stated, in part, "[r]eligious accommodation[s] may be granted based on an employee's religious beliefs" and removed the requirement that for religious exemption to be granted, employees' religions must oppose "all immunizations."

The existing action proceeds on the basis of Violation of The Free Exercise Clause of the First Amendment to the United States Constitution (Count I) 42 U.S.C. 1983, Violation of the Establishment Clause of the First Amendment to the United States Constitution (Count II), Violation of the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution (Count III), Violation of the Americans with Disabilities Act (Count IV), and Violation of the Religious Freedom Clauses of the Constitution of the State of Colorado (Count V).

Jane Doe 3 filed requests for religious exemption, all of which were denied on the basis that "the exemption would pose significant health and safety risk to CU Anschutz community and, most importantly, to our patients. Removing or modifying your duties to preclude contact with others would pose an undue burden on the University, as it would require your colleagues to perform your duties in addition to their own." The University placed Jane Doe 3 on unpaid leave October 12, 2021 due to its denial of her religious and medical exemptions and her religious and medical inability to become vaccinated against COVID-19. From there, Defendants proceeded upon a campaign to destroy Dr. Jane Doe 3's career in various ways. Plaintiff Dr. Jane Doe 3 remains on unpaid leave, but there have been many developments connected with her

2

employment at the University and elsewhere since the filing of the Amended Supplemental Complaint on November 4, 2021.

The developments of the last 18 months include the University damaging of Jane Doe 3's career by denying her the release of intellectual property which she discovered and is listed on the patent materials as the inventor. This has prevented the development of the discovery and the progress of the patent, costing Jane Doe 3 precious time and diminishing the value of the patent by wasting time that the discovery could have been financially profitable to her, which time is measured from the filing of the patent application (not to mention the many people her invention could have helped recover their health and relieve from pain). Over the last 18 months, the University has also improperly used a non-adverse peer review process, which itself appears to have been marred by bias against the religious beliefs of Jane Doe 3, to harm her professional progress toward becoming a tenured member of the faculty. In September 2022, the University destroyed Jane Doe 3's appointment as a researcher and physician at the Denver Veterans Affairs facility because of its improper exemption denial. In December 2022, the University destroyed Jane Doe 3's ability to practice medicine at UCHealth, which is its hospital at the Anschutz campus. Earlier in December 2022, UCHealth had approved This occurred despite UCHealth's approval of Jane Doe's exemption to the COVID-19 vaccination mandate.

## History

Permitting Plaintiff Dr. Jane Doe 3 to challenge Defendants' campaign to destroy her career via a supplemental pleading is warranted under Federal Rule of Civil Procedure 15(d). Motions to file supplemental pleadings "are to be freely granted when doing so will promote the economic and speedy disposition of the entire controversy between the parties, will not cause undue delay or trial inconvenience, and will not prejudice the rights of any other parties to the

3

action." *Powell v. IRS*, 263 F. Supp. 3d 5, 7 (D.D.C. 2017) (quoting *Hall v. CIA*, 437 F.3d 94, 101 (D.C. Cir.2006)). There could hardly be a clearer example of a supplemental pleading "promot[ing] the economic and speedy disposition of the entire controversy between the parties." *Id.*

This is technically a "supplemental pleading," not an "amended" pleading, because it "sets forth 'transactions or occurrences or events which have happened since the date of the pleading sought to be supplemented.'" *United States v. Hicks*, 283 F.3d 380, 385 (D.C. Cir. 2002) (quoting Fed. R. Civ. P. 15(d)). As the D.C. Circuit has explained, "the distinction is in most instances of little moment." *Id.*

## CONCLUSION

Plaintiff Dr. Jane Doe 3 respectfully asks the Court for permission to file the attached supplemental complaint, which features a Title VII religious discrimination/retaliation on religious ground challenge and a request for TRO and preliminary injunction to prevent Defendants from firing her through the subterfuge of "non-renewal" of her faculty appointment contract on June 1, 2023.

Respectfully submitted this 17th day of May 2023.

> ILLUMINE LEGAL LLC
>
> By: *J. Brad Bergford*
> J. Brad Bergford
> 8055 E. Tufts Ave. Ste. 1350
> Denver, CO 80237
> brad@illuminelegal.com
> Attorney for Plaintiff Jane Doe 3

4

## CERTIFICATE OF SERVICE

       I hereby certify that on the 17th day of May 2023, a correct copy of the foregoing Motion for Leave to File Supplemental Complaint was filed and served via CM/ECF to the following:

Joseph Brown
Theresa Sidebotham
Telios Law PLLC
PO Box 3488
19925 Monument Hill Rd
Monument, CO 80132
jjb@telioslaw.com
tls@telioslaw.com

Michael McHale
Michael G. McHale, Attorney at Law
10506 Burt Cir, Ste 110
Omaha, NE 68114
mmchale@thomasmoresociety.org

HERMINE KALLMAN
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
hermine.kallman@cu.edu

Peter Breen
Thomas More Society
309 W Washington St, Ste 1250
Chicago, IL 60606
privatrecht@gmail.com
pbreen@thomasmoresociety.org

Matthew J. Smith
Gregory Goldberg
Jessica J. Smith
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80202
mjsmith@hollandhart.com
ggoldberg@hollandhart.com
jjsmith@hollandhart.co

5