IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2637-RM-KAS

JANE DOE 9; and
JANE DOE 11

    Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF COLORADO d/b/a UNIVERSITY OF COLORADO HOSPITAL, a body corporate,

    Defendant.

---

**UNOPPOSED
MOTION OF JANE DOE 9 AND JANE DOE 11
TO FILE SECOND SUPPLEMENTAL COMPLAINT**

---

Plaintiffs Jane Doe 9 and Jane Doe 11 submit the following Unopposed Motion to File Second Supplemental Complaint.

**CERTIFICATION**: Undersigned counsel has conferred with counsel for opposing party Regents of the University of Colorado ("CU"). CU does not oppose this motion.

    1.    The complaint in this action was filed on September 29, 2021, by Jane Does 1 through 11 and John Does 1 through 7.

    2.    All plaintiffs filed their Verified Amended & Supplemental Complaint (ECF 30) on November 4, 2021.

    3.    This motion to file a Second Supplemental Complaint is filed by Plaintiffs Jane Doe 9 and Jane Doe 11 only against Defendant CU only.

1

4. Fed. R. Civ. P. 15(d) provides that the Court may permit a party to serve a supplemental pleading regarding events that happened after the pleading to be supplemented.

5. The standard governing resolution of motions to supplement is the same standard used in deciding whether to grant or deny leave to amend. *Fowler v. Hodge*, 94 F. App'x 710, 714 (10th Cir. 2004) (internal citation and quotation marks omitted). Two rules, Rules 15 and 16, govern motions to amend. Rule 15(a)(2) provides that a party may amend its pleading with the Court's leave, and the Court "should freely give leave when justice so requires." Under Rule 16(b)(4), a scheduling order may be modified only for good cause and with the Court's consent. Therefore, after a scheduling order deadline a party must show good cause to amend. *Birch v. Polaris Indus., Inc.*, 812 F.3d 1238, 1247 (10th Cir. 2015).

6. No scheduling order has been entered in this case. Therefore, Rule 15(a)(2)'s more liberal standard applies.

7. Jane Doe 9 and Jane Doe 11 originally brought constitutional claims against CU. These constitutional claims were dismissed without prejudice on Eleventh Amendment immunity grounds. ECF 97, p. 15.

6. In the meantime, Jane Doe 9 and Jane Doe 11 filed Title VII charges of discrimination with the EEOC, and the EEOC has now issued notices of right to sue to them. CU does not have Eleventh Amendment immunity from suits brought pursuant to Title VII. *Fitzpatrick v. Bitzer*, 427 U.S. 445, 452 (1976).

7. The claims arising out of Plaintiffs' original complaint are substantially the same as those supporting their Title VII claims. Therefore, instead of filing a stand-alone Title VII action, they must bring their Title VII claim in this action by filing a supplemental complaint adding those claims. *Stone v. Dep't of Aviation*, 453 F.3d 1271, 1280 (10th Cir. 2006). *See also* Edward H. Cooper, *Claim Preclusion – Continuing and Renewed Conduct*, 18 Fed. Prac. & Proc. Juris. § 4409 (3d ed.) (plaintiff who sues first on a theory that does not require resort to the agency and then sues again after clearing the agency process may find that claim preclusion bars claim).

8. Under the Rule 15 standard, this Court should grant Jane Doe 9's and Jane Doe 11's motion to supplement their complaint. No scheduling order has been entered, so there is no deadline for filing a supplemental complaint. Discovery has not commenced. Defendant will not be prejudiced and does not oppose the motion.

WHEREFORE, Plaintiffs Jane Doe 9 and Jane Doe 11 respectfully move the Court for leave to file the attached Second Supplemental Complaint.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Voice: (303) 205-7870; Fax: (303) 463-0410
Email: barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Phone Number: (303) 991-7600

Fax Number: (303) 991-7601
E-mail: shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs Jane Doe 9 and Jane Doe 11 ONLY*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington