IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-2637-RM-KAS

JANE DOE 9; and
JANE DOE 11

    Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF COLORADO d/b/a UNIVERSITY OF COLORADO HOSPITAL, a body corporate,

    Defendant.

---

### SUPPLEMENT TO UNOPPOSED MOTION OF JANE DOE 9 AND JANE DOE 11 TO FILE SECOND SUPPLEMENTAL COMPLAINT

---

Plaintiffs Jane Doe 9 and Jane Doe 11 submit the following Supplement to Their Unopposed Motion to File Second Supplemental Complaint.

1. As noted in their motion, Jane Doe 9 and Jane Doe 11 filed Title VII charges of discrimination with the EEOC, and the EEOC has now issued notices of right to sue to them.

2. A plaintiff must file suit within ninety days of receiving a notice of right to sue from the EEOC. *Kinney v. Blue Dot Servs. of Kansas*, 505 F. App'x 812, 814 (10th Cir. 2012). This requirement is jurisdictional. *Id.*

3. Jane Doe 11's 90-day deadline is **September 27, 2023**.

4. Accordingly, these Plaintiffs respectfully request the Court to act expeditiously on their motion in advance of this deadline, especially since the motion is unopposed.

WHEREFORE, Plaintiffs Jane Doe 9 and Jane Doe 11 respectfully renew their motion for leave to file their Second Supplemental Complaint.

*/s/ Barry K. Arrington*
_____

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Voice: (303) 205-7870; Fax: (303) 463-0410
Email: barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Phone Number: (303) 991-7600
Fax Number: (303) 991-7601
E-mail: shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs Jane Doe 9 and Jane Doe 11 ONLY*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email to parties of record.

*/s/ Barry K. Arrington*
_____

Barry K. Arrington