**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**May 7, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

---

| | |
|---|---|
| JANE DOES 1-11; JOHN DOES 1, 3-7, | |
| Plaintiffs - Appellants, | |
| v. | Nos. 21-1414 & 22-1027 |
| THE BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO; TODD SALIMAN, President of the University of Colorado, in his official capacity; DONALD M. ELLIMAN, Chancellor of the University of Colorado Anschutz Campus, in his personal and official capacities; SHANTA ZIMMER, Senior Associate Dean of Medical Education, University of Colorado School of Medicine, in her personal and official capacities; ERIC MEDIAVILLA, Associate Dean for Student Affairs, University of Colorado School of Dental Medicine, in his personal and official capacities; ANN-MICHAEL HOLLAND, Master of Science Program Director, Department of Anesthesiology, in her personal and official capacities; JOHN & JANE DOES 19, members of the Vaccine Verify team, in their official & personal capacities, | (D.C. No. 1:21-CV-02637-RM-KMT) (D. Colo.) |
| Defendants - Appellees. | |

---

**JUDGMENT**

---

Before **HOLMES**, Chief Judge, **EBEL**, and **EID**, Circuit Judges.

_____

These cases originated in the District of Colorado and were argued by counsel.

The judgment of that court is reversed as to 22-1027 only. Appeal number 21-1414 is dismissed. The matter is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                        Entered for the Court

                        CHRISTOPHER M. WOLPERT, Clerk