## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JANE DOES 1-11 &JOHN DOES 1 & 3-7,** | **No. 21-cv-2637** |
| **Plaintiffs,** | **The Hon. Raymond P. Moore** <br> **U.S. District Judge** |
| **v.** | |
| **BOARD OF REGENTS, *et al.*,** | **The Hon. Kathryn A. Starnella** <br> **U.S. Magistrate Judge** |
| **Defendants.** | |

### JOINT STIPULATED MOTION TO TEMPORARILY STAY PROCEEDINGS

In view of the opinion and judgment issued by the U.S. Court of Appeals for the 10th Circuit on May 7, 2024, *see* ECF No. 152, the parties hereby jointly stipulate and move that this Court stay proceedings in this case for 45 days, including an extension of Plaintiffs' current deadline to respond to Defendants' Motion to Dismiss (ECF No. 146), so the parties can explore the possibility of settlement, and state in further support as follows:

1.      On September 29, 2022, this Court granted in part and denied in part Defendants' Motion to Dismiss (ECF No. 76) Plaintiffs' Verified Amended & Supplemental Complaint (ECF No. 30). *See* ECF No. 97. This Court expressly refrained from dismissing Plaintiffs' constitutional claims for permanent equitable relief against most official-capacity Defendants, holding that "[i]t remains to be seen whether there are genuine issues of material fact" with respect to such issues. *Id.* at 14. At the same time, Plaintiffs' appeals of this Court's orders denying their Motions for Preliminary Injunction (ECF Nos. 2, 21, 27, 43, 65, 66) remained pending.

2.      On September 19, 2023, Plaintiffs filed their Second Amended Complaint adding claims under Title VII of the Civil Rights Act of 1964 on behalf of Plaintiffs Jane Does 1, 9, and 11. *See* ECF No. 126. On December 21, 2023, Plaintiffs filed their Third Amended Complaint

adding a Title VII claim on behalf of Plaintiff Jane Doe 10. *See* ECF No. 133. On April 2, 2024, Plaintiffs filed their Fourth Amended Complaint adding claims under Title VII and the Americans with Disabilities Act on behalf of Plaintiff Jane Doe 3. *See* ECF No. 141.

3.      On April 16, 2023, Defendants filed a Motion to Dismiss Counts VI, VII ("to the extent it alleges adverse employment action *other than* failure to accommodate") (emphasis added), VIII, IX, and X of Plaintiffs' Fourth Amended Complaint. *See* ECF No. 146 at 1.

4.      On May 1, 2024, this Court granted Plaintiffs' unopposed motion for an extension of time to respond to Defendants' Motion to Dismiss. *See* ECF No. 151.

5.      On May 7, 2024, the 10th Circuit issued its decision holding Plaintiffs' Renewed Motion for Preliminary Injunction (ECF No. 27) should have been granted, holding that, "It is 'clearly established that non-neutral state action imposing a substantial burden on the exercise of religion violates the First Amendment.' The Administration's September 1 Policy is not neutral on its face; the September 24 Policy is not neutral in practice; and both substantially burden the Does' exercise of religion." *See* ECF No. 152, at 55 (*quoting Shrum v. City of Coweta*, 449 F.3d 1132, 1145 (10th Cir. 2006)).

6.      Following the 10th Circuit's May 7 decision, counsel for both parties have spoken to each other and agreed that a 45-day stay of proceedings in this Court would be beneficial to explore the possibility of resolving this case via settlement, without need for further protracted litigation, including possibly seeking a settlement conference.

WHEREFORE, the parties jointly stipulate and move this Court to stay this case for 45 days, so the parties can explore the possibility of settlement, and for an extension of Plaintiffs' time to respond to Defendants' Motion to Dismiss (ECF No. 161) until 21 days after the conclusion of that stay.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

/s/ Hermine Kallman
Hermine Kallman
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
Tel: (303) 860-5691
Hermine.kallman@cu.edu
*Counsel of Record for Defendants Board
of Regents, Saliman, Elliman, Zimmer,
Mediavilla, and Holland*

Kathleen Spalding
Senior Assistant Attorney General
Lauren Davison
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6631
Kit.spalding@coag.gov
Lauren.davison@coag.gov
*Counsel of Record for Defendants Board
of Regents, and for Defendants Saliman,
Elliman, Zimmer, Mediavilla, and
Holland in their official capacities*

/s/ Peter Breen
Peter Breen
Michael G. McHale
**Thomas More Society**
309 W. Washington, Ste. 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
*Counsel for Plaintiffs*

Theresa Lynn Sidebotham
**Telios Law PLLC**
19925 Monument Hill Dr.
Monument, CO 80132
775-248-8147
jbb@telioslaw.com
*Counsel for Plaintiffs*

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
(303) 205-7870; Fax: (303) 463-0410
Email:  barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Phone Number:  (303) 991-7600
Fax Number:  (303) 991-7601
E-mail:  shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs Jane Doe 9 and
Jane Doe 11 ONLY*

J. Brad Bergford
Illumine Legal LLC

8055 East Tufts Ave., Ste. 1350
Denver, CO 80237
Phone: (303) 228-2241
Email: brad@illuminelegal.com

*Attorney for Plaintiff Jane Doe 3 ONLY*