**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

_____

Nos. 21-1414 & 22-1027
Doe v. Board of Regents of the University of Colorado, et al.,
(D.C. No. 1:21-CV-02637-RM-KMT)

_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 9, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of appellants and against appellees. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

Docket Fees                                                                                           $500.00

**PRINTING EXPENSE:**

Appellants' opening brief and appendix, Appellants' reply brief $119.00, $337.60, and $51.80.

**TOTAL PRINTING EXPENSE**                                                         $ 508.40

**OTHER COSTS:**

**GRAND TOTAL, STATEMENT OF COSTS**                                    $  1,008.40

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court