UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 09, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **21-1414, 22-1027, Doe, et al v. Board of Regents of the University of Colorado, et al**
Dist/Ag docket: 1:21-CV-02637-RM-KMT

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's May 7, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Peter Christopher Breen
      Lauren Davison
      Gregory Eban Goldberg
      Hermine Kallman
      Michael George McHale
      Lauren Kelsey Peach
      Theresa Lynn Sidebotham

      Jessica Smith
      Matthew J. Smith
      Kathleen Spalding
      Martin James Whittaker

CMW/jm