IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 21-cv-02637-RM-KAS

JANE DOES 1, 3 through 6, 8 through 11, and
JOHN DOES 1, 3 through 5, and 7,

    Plaintiffs,

    v.

BOARD OF REGENTS of the UNIVERSITY OF COLORADO;
DONALD ELLIMAN, Chancellor of the University of Colorado Anschutz Campus, in his official capacity;
SHANTA ZIMMER, Senior Associate Dean of Medical Education, University of Colorado School of Medicine, in her official capacity;
ERIC MEDIAVILLA, Associate Dean for Student Affairs, University of Colorado School of Dental Medicine, in his official capacity;
ANN-MICHAEL HOLLAND, Master of Science Program Director, Department of Anesthesiology, in her official capacity, and
JOHN & JANE DOES 1-9, members of the Vaccine Verify team, in their official capacities,

    Defendants.

---

### ORDER OF DISMISSAL AS TO PLAINTIFF
### JANE DOE 10 ONLY

---

    The Court, having reviewed the October 2, 2024, Stipulation to Dismiss Jane 10 Only (ECF No. 172), hereby

    ORDERS that Plaintiff Jane Doe 10's claims are dismissed with prejudice. Jane Doe 10 and Defendants shall bear their own costs and fees.

**FURTHER ORDERED** that only Plaintiff Jane Doe 10's name shall be removed from the caption in all future filings with the Court.

DATED this 2nd day of October, 2024.

BY THE COURT:

_____
RAYMOND P. MOORE
Senior United States District Judge