IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02637-RM-KAS

DOES, et al.,

    Plaintiffs,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on November 18, 2024.**

Upon the Order granting the Parties' "Joint Stipulated Motion to Refer Case to Chief Magistrate Judge Hegarty for Purposes of Mediation" [ECF 176], Chief Magistrate Judge Hegarty will hold two Settlement Conferences: the first on **November 25, 2024 at 1:15 p.m.**, and the second on **December 11, 2024 at 1:00 p.m.** Both Settlement Conferences will be held in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Pursuant to D.C.COLO.MJ VII.2, the Court's strong preference is for the litigants (counsel and Parties) to appear for the Conference in person. However, litigants who are located outside the Denver metropolitan area or who cannot reasonably make a personal appearance **may request** to appear remotely by video by contacting Chambers at (303) 844-4507 at least **five business days** prior to the Conference. If the Court approves the remote appearance request and everyone from one side will appear by video, the litigants shall provide a meeting ID and password using the Zoom, Microsoft Teams, or similar video conferencing platform to the Court by email at *Hegarty_chambers@cod.uscourts.gov*. If the Court approves the remote appearance request and only some individuals from a side are appearing by video, those individuals appearing in person at the Court must bring **a laptop and hotspot** with them to connect with the individuals appearing remotely. Please know that the courthouse is not equipped with wireless access.

Pursuant to D.C.COLO.MJ VII. 2–3, counsel shall have all Parties present, including, but not limited to, an adjustor if an insurance company is involved, who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement. "Full authority" means that the person who attends the Settlement Conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person,

committee, or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a Party, that person does not have "full authority." **This requirement is not fulfilled by the presence of counsel or an insurance adjustor alone**. Counsel should raise any unique circumstance regarding full authority (*e.g.*, a government entity) with Chief Magistrate Judge Hegarty in advance of the Conference.

No person is ever required to settle a case on any particular terms or amounts. However, if any person attends the Settlement Conference without full authority, or if a Party or insurance representative fails to attend the Settlement Conference without prior Court approval, and the case fails to settle, that Party may be ordered to pay the attorney's fees and costs for the other side. Pursuant to D.C.COLO.MJ VII.6, if any Party feels that the matter may not be ripe for resolution prior to the Settlement Conference, the Parties must inform the Court by motion (when opposed) or by jointly emailing Chambers (if unopposed) at Hegarty_Chambers@cod.uscourts.gov to discuss dates for rescheduling or to vacate the Settlement Conference entirely.

As described in detail at D.C.COLO.MJ VII.4 and D.C.COLO.MJ VII.6, so that we may hold productive settlement discussions on the day of the Conference, **counsel shall prepare and submit two settlement documents**: one to be submitted to the other side and the other to be submitted by email *only* to the Chief Magistrate Judge. (Neither are to be submitted to the Clerk of Court for docketing.)

The document(s) which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which supports that side's claims, and may present a demand or offer. These documents should be intended to persuade the opposing clients and counsel.

The second document shall be emailed *only* to the Chief Magistrate Judge (and not submitted for docketing) at *hegarty_chambers@cod.uscourts.gov*. This document shall contain the content or copies of the first document along with any confidential comments the Party or counsel wishes to make, including any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the Chief Magistrate Judge in assisting the Parties to negotiate a settlement.

The settlement documents shall be submitted **before 12:00 p.m. noon on Friday, November 22, 2024**. Should it be necessary, the Parties may submit amended statements in advance of the second Settlement Conference, **before 12:00 p.m. noon on Friday, December 6, 2024**. **Submissions totaling more than thirty pages must** be submitted to Chambers in **hard copy** via regular mail or hand delivery by that same deadline.

Counsel may call Chambers at (303) 844-4507 to discuss any unique issues with Chief Magistrate Judge Hegarty in advance of the Settlement Conference.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2(b).