**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 21-cv-02637-RM-KAS**

JANE DOES 1, 3 through 6, 8, 9, and 11, and
JOHN DOES 1, 3 through 5, and 7,

Plaintiffs,

v.

BOARD OF REGENTS of the UNIVERSITY OF COLORADO;
DONALD ELLIMAN, Chancellor of the University of Colorado Anschutz Campus, in his official capacity;
SHANTA ZIMMER, Senior Associate Dean of Medical Education, University of Colorado School of Medicine, in her official capacity;
ERIC MEDIAVILLA, Associate Dean for Student Affairs, University of Colorado School of Dental Medicine, in his official capacity;
ANN-MICHAEL HOLLAND, Master of Science Program Director, Department of Anesthesiology, in her official capacity, and
JOHN & JANE DOES 1-9, members of the Vaccine Verify team, in their official capacities,

Defendants.

---

**JOINT STIPULATION TO DISMISS INDIVIDUAL CAPACITY DEFENDANTS**

---

Plaintiffs and Defendants, by and through their respective counsel, submit the following stipulation.

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), in accord with the agreement of the parties, Plaintiffs voluntarily dismiss, with prejudice, their claims against the following Defendants, solely insofar as they are sued in their individual

capacities: Donald Elliman, Shanta Zimmer, Eric Mediavilla, and Ann-Michael Holland.

Respectfully submitted,

*s/ Hermine Kallman*
Hermine Kallman
Special Assistant Attorney General
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
Tel: (303) 860-5691
Hermine.kallman@cu.edu
*Counsel of Record for Defendants Board of Regents, Saliman, Elliman, Zimmer, Mediavilla, and Holland*

Lauren Peach
First Assistant Attorney General
Lauren Davison
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6631
Lauren.Peach@coag.gov
Lauren.davison@coag.gov
*Counsel of Record for Defendants Board of Regents, and for Defendants Saliman, Elliman, Zimmer, Mediavilla, and Holland in their official capacities*

*/s/ Peter Breen*
Peter Breen
Michael G. McHale
Thomas More Society
309 W. Washington, Ste. 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
*Counsel for Plaintiffs*

Theresa Lynn Sidebotham
Telios Law PLLC
19925 Monument Hill Dr.
Monument, CO 80132
775-248-8147
jbb@telioslaw.com
*Counsel for Plaintiffs*

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
(303) 205-7870; Fax: (303) 463-0410
Email: barry@arringtonpc.com

Shaun Pearman
The Pearman Law Firm, P.C.
4195 Wadsworth Boulevard
Wheat Ridge Colorado 80033
Phone Number: (303) 991-7600
Fax Number: (303) 991-7601
E-mail: shaun@pearmanlawfirm.com

*Attorneys for Plaintiffs Jane Doe 9 and Jane Doe 11 ONLY*

Michael Andrew Rollin
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
Suite 600
Denver, CO 80209
Phone: (303) 333-9810
Email: mrollin@fostergraham.com

*Attorney for Plaintiff Jane Doe 3 ONLY*